# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Vincent Tyler Brown | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00040-JMB-4 | 4/28/2023 | 11:03 AM - 12:03 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Christopher O'Connor & Richard Stiffler | Defendant: Mark J. Kriger | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute  __ nolo contendre
  - __ not guilty  __ guilty
- __ Initial Pretrial Conference
- __ Detention  (waived __)
- __ Preliminary  (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- ✓ Defendant's Rights
- ✓ Waiver of  Indictment
- ✓ Consent to Mag. Judge for  Plea
- __ Other: _____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other:  Rule 5F Order

### CHANGE OF PLEA
Guilty Plea to Count(s) 3
of the  Information
Count(s) to be dismissed at sentencing: _____

Presentence Report:
  ✓ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal:  __ Yes  __ No
Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 50,000.00   Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |