UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 1:23–cr–00040–JMB

v.                                 Hon. Jane M. Beckering

VINCENT TYLER BROWN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | September 28, 2023   11:00 AM<br>*(previously set for 9/14/2023 at 02:30 PM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

                                                    JANE M. BECKERING
                                                    United States District Judge

Dated:  August 8, 2023          By:    /s/ Rick M. Wolters_____
                                                 Case Manager