UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 1:23–cr–00040–JMB

v.                                Hon. Jane M. Beckering

VINCENT TYLER BROWN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | October 18, 2023   01:30 PM<br>*(previously set for 9/28/2023 at 11:00 AM)* |
| District Judge: | Jane M. Beckering |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

                                            JANE M. BECKERING
                                            United States District Judge

Dated:  September 13, 2023      By:  /s/ Rick M. Wolters
                                                      Case Manager