# Exhibit 2



September 6, 2023

The Honorable Jane M. Beckering
602 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

Dear Judge Beckering,

I sit here and write this letter today on behalf of the Super Drew Foundation which is a nonprofit organization that I manage that helps families that are battling pediatric cancer. I write this letter today to tell you what a large part Vince Brown has dedicated to this foundation.

The foundation is a dedicated 503CB that was founded approximately 5 years ago in honor of our son who has been battling a brain tumor since 9 months old. We started the foundation to help other families battling this disease to make life feel a bit more normal during an abnormal time.

Vince has been a part of the foundation from day one. Not only helping with the vision and creativity to help others but volunteering and being a part of helping get the foundation name out to the public. In addition to financially donating money and sponsoring events he has always showed up. Whether it's for a question, lending a hand with a logistical issue, attending an event, or finding other families we can help, he is there. There is not one negative thing I have to say about Vince. His heart is full of gold, he's dedicated, caring, smart, and giving. We are proud to have him support our foundation and be a part of our lives.

Respectfully,

Melissa Akash
Super Drew Foundation
Superdrewfoundation.org
586-634-4170

The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

I've known Vince Brown for nearly my entire life. We grew up less than a mile away from one another and spent countless hours together in school, hanging out, riding bikes, playing sports, and growing up. After 25 years of friendship and many miles apart in adulthood, I still consider him to be one of my closest friends. He is a great friend, son, grandson, brother, husband, and a great father now as well.  What sets Vince apart from anyone I know is his intentionality when it comes to relationships. It is likely this intentionality that assures me that my letter is just one of many character letters written on his behalf.

After high school, I went away to Michigan State and Vince to Central Michigan. While at Central, Vince found a role volunteering/interning at a position in the Capital. During this time, he also took on the responsibility of organizing a morning basketball run for members of the Michigan congress. Despite not being paid to do so, he woke up before dawn to drive to Lansing and made the trek back after basketball to attend class, multiple times a week. You'd think this would have taken a toll on him, and I'm sure it did, but what it didn't do was stop him from making the time to meet with me while he was nearby. This is the type of person he is. The only thing either of us had to offer was friendship, and to Vince this mattered. It matters.

After college, I went off to Chicago and he stayed in Michigan. At this point in my life, I learned friends come and go and relationships wane.  It was during this period of my life I knew that we were more family than friends. And Vince is family man. I know his grandparents, parents, and brother well. I grew up with them. There is nothing Vince wouldn't do for his family, which extends far beyond blood. I know he still takes care of and visits his grandparents regularly. They are lucky to have him as a grandson for the person he is and the kindness he has.

I know his daughter is lucky to have him as a father too. If she turns out to be anything like him, which I hope is the case, she will be a kind, thoughtful, loving and giving person. That's who he is.

Please feel free to contact me for any further information on my good friend and brother, Vince.

Sincerely,

Joe Banyai

June 19, 2023

Deanna Bilek
119 North Minerva Ave.
Royal Oak, MI 48067

April 10, 2023

Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids MI 49503

Re: Mr. Vincent Brown

Dear Honorable Judge Jane M. Beckering

My name is Deanna Bilek and I am writing on behalf of Vincent Brown. I hope to provide insight into his character and his role as an involved community member.

I met Vincent through his wife Miko over 7 years ago. Throughout that time I've grown to know him as a kind and gracious person to not only his friends but to all those around him. It was easy to learn that Vincent is a supportive and thoughtful individual that always considers those around him first. He also has ambition that is enviable with a strong work ethic. His personal determination highlights his ability to achieve any goal professionally, as a husband, and a father.

Last fall, my family and I attended a community trick-or-treat event at Normandy Oaks Park in Royal Oak. We were delighted to see Vince volunteering his time to support such a great event. This was a specifically significant event for us being our first Halloween with our baby daughter. Not only did he make us feel welcome, he was even kind enough to sneak our daughter an extra fun-size Snickers. Vincent is the type of active community member that makes everyone feel welcome and included. He was terrific with all the children at the event and you can clearly see he really cares about his community.

I realize how significant this situation is. I do hope you consider my family's personal experiences with Vincent while making your decision. Based on Vincent's history of community involvement, volunteerism, and genuinely strong character, I believe that he has established himself as an integral part of our community

Thank you for your time.

Sincerely,
Deanna Bilek



# BRAMAN
## SERVICES

Date: June 2, 2023

The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Beckering,

I first met Vincent Brown during my time serving as the Supervisor of Windsor Charter Township. Through mutual friends, Vince and I met and became friends. While he did have a client looking for clarification on a local ordinance in my community, he never leveraged our friendship to take advantage of it. My interaction with him during this meeting was nothing short of professional, with Vince assisting his client in asking proper questions and utilizing proper municipal terminology. It was through this interaction that I began to trust Vince more than many of the other consultants making their way through my office.

Upon leaving the Township Vince congratulated me on both my time serving my community but also on moving forward with a new opportunity and was nothing short of excited to see me get back into the private sector. Since then, as I began operating my business he has looked to be a supportive friend and has been there to bounce questions off of, without ever asking for anything in return.

I have now known Vince for going on 7 years, and my opinion of him has only grown fonder. Watching as he married his beautiful wife, and now having his first child, I have been honored to watch him grow and to be part of his life. In an age where relationships seem to get set aside at the smallest hiccup, Vince and I have continued to respect each other as men, but also be there for each other as brothers when either of us needed support.

This letter is not simply me writing as a friend in support, but it is me asking for anyone involved to view this situation from all perspectives. I am not here to proclaim Vince as a perfect human, he is honest enough to tell you that this is far from true and has never shied away from his moments of imperfection, often using them to help steer not only himself, but those he cares about from making the same mistakes he has. This is the sign of a good person. Someone who isn't shy to take charge, but understands that not every decision is perfect and uses that knowledge to help guide others. This is my experience with Vince. While I have not worked a lot with him, he has been one to warn me of certain people that he has found to mislead or take advantage of those they work with. He has been burnt by his loyalty before and takes that lesson as a way to help prevent others from being hurt in the same manner.

---

**Braman Services, PLC**
Dimondale, MI

During the nearly 7 years of friendship, I have seen Vince grow as a man. He has made mistakes and has taken responsibility for those mistakes. He has shown maturity, both in his actions, his advice and has done everything he can to continuously look out for those around him. He has done his best to advise his clients, friends, and family in the direction he best believes serves them and not himself and deserves to continue doing so for years to come.

I am proud to call Vince a friend, but to provide more clarity, I think of him as a brother. He is a young father that is striving to raise a beautiful girl. His priorities at this point are far more directed than most in their early 30's with his family being a priority above all else. There is no doubt in my mind that Vince will continue to move forward toward constant self-improvement. He now has a greater reason that ever as he raises his daughter and provides for his wife.

I am happy to make myself available for any further discussion involving Mr. Vincent Brown. I may not have the lengthy history that other friends provide, but I am proud to support a good man that has helped so many and is now in need of the support of those around him.

Sincerely,

Marcus Braman
President
Braman Services, PLC

Braman Services, PLC
Dimondale, MI

# TRUCENTΛ

Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge,

I am writing to you with deep admiration for Vinny Brown, who has been my consultant for the past several years. As someone who has worked closely with Vinny, I can attest to his honesty, loyalty, strong family values, dedication, and integrity.

Vinny's unwavering commitment to excellence dates to his days as a former intern and staffer in the Michigan House of Representatives. I recall his unmatched work ethic and a willingness to go above and beyond what was expected of him. Despite working long hours and facing numerous challenges, Vinny remained committed and excelled in his role. He built strong relationships with both Republican and Democratic leaders, earning respect and admiration from all sides.

I must emphasize Vinny's exceptional honesty and transparency in all his dealings with me. He never hesitates to communicate openly and honestly about the work he has done on my behalf, and I have always trusted his word implicitly.

Vinny's dedication to his family is also a testament to his character. Despite his busy schedule, he always makes time for his loved ones and has instilled strong family values. He is a man of integrity who conducts himself with the highest level of professionalism.

Moreover, Vinny has been an active member of our community, generously volunteering his time and money to local charities and teaching underprivileged children golf lessons on weekends. He has even started a scholarship at his former high school, demonstrating his selflessness and commitment to giving back.

In summary, Vinny Brown is a remarkable individual with a strong work ethic, unwavering dedication, and an unmatched commitment to excellence. I am confident that he will continue to achieve great success in his future endeavors and would make a valuable addition to any community or organization.

Thank you for considering my letter of recommendation for Vinny Brown.

Sincerely,

Zoran Bogdanovic
Chief Executive Officer



Trucenta, LLC | 1675 E Maple Rd, Troy, MI 48083 | www.trucenta.com

**August 21, 2023**

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503


**Dear Honorable Jane M. Beckering:**

My name is Alex Brown and I'm writing you today to voice my support for my younger brother, Vincent Brown. I have had the pleasure of watching my brother grow into a successful entrepreneur and family man. A man who puts the needs of others in front of his own and a man who would do anything for his family at any time.

I know my brother struggles each day with the regret and the embarrassment from these charges. This is not something that he takes lightly. This lapse in judgement has caused a word of pain not only to him but to our entire family. I know he will live with that regret for the rest of his life.

My brother's commitment to his family is unwavering and no better example of that is his commitment to making sure that my grandparents have a safe place to live. As they approached their nineties he moved the out of their two-story condo into one of his on-story rental homes. He never asked for a penny from them and still hasn't to this day. In the last five years they have lived there he continues to be an important part of their care. Picking up groceries, taking them to doctor appointments or anything else they need. Vincent is there if need be.  His generosity doesn't stop with my grandparents. He has been a huge help myself and my wife as we started our family. When we were planning our wedding, he was there with any sort of assistance he could provide including monetary help. He has never hesitated when we would ask for help and continues with his generous behavior to this day.

His love for his family can't be understated. He first became an uncle in the winter of 2018 and again in 2021. When my son was born in 2018, he made sure to see him every day for the first few weeks of his life. They share such a strong bond that will last forever. My daughter was born in the middle of the Covid-19 pandemic but Vincent still was the first person to come see her at the hospital. Between family trips and FaceTime calls, he has such a special bond with them both. And now that he has become a father I get to see him take that same love and care and apply it to his daughter. As the older sibling its truly been a blessing to watch him become a husband and a father. I cherish the time we spend together.

Vincent's contributions to the community as just as impressive as his everyday love for his family.  Ever since he graduated college he was wanted to give back not only to his community but other communities in need. He has spent countless hours cleaning showers, hanging shelves, doing laundry and anything else asked of him at Corner Laundry and Shower in Detroit. Vincent tells me the stories of how grateful the guests are to have a safe clean place to shower. The fulfillment he has gotten from helping to provide such a basic human need is truly inspiring.

Vincent also is involved with the First Tee of Greater Detroit. He is able to share his enthusiasm for the game of golf with the children and teens in the program. Along with teaching the basics of golf, Vincent helps the participants build strength of character and other important lessons that will last a lifetime.

I appreciate you taking time to read my letter and learn more about the person my brother really is.


Thank you.


Sincerely,

Alexander M Brown

Dear Judge Beckering:

My name is Dennis Brown and I am the father of Vincent Brown. My son has been the voice of reason even from an early age. As  a youngster in elementary school he was a playground mediator that would help resolve issues with other students while on the playground. When we had family discussions or disputes his input was always valued. When we would attend sporting events he was involved in several parents would comment to us what a fine young man he was, as a parent I was so proud to hear those compliments.

In high school he participated in several sports including baseball, football and the golf team.I am very proud of his accomplishments navigating college and in the workplace. Vincent is very family oriented and cares very deeply for all members of our family. When he was on breaks from college he was always eager to get to work and earn some money for college expenses. We did help him 50% with school expenses and the rest was his responsibility. I did have him work with me from time to time at Our Lady queen of Martyrs church and school in Beverly Hills Mi where I was the facility manager. His duties included maintaining all buildings and surrounding grounds with me. The staff and the parish priest all took a liking to Vincent.

We spent a lot of time together with me in the outdoors hunting and fishing across northern Michigan. He was very eager to learn the ways of the outdoors as I did with my father.

After a few years after he was established in his career he was generous enough to send his mother and i on a trip to Ireland as a Christmas gift. We will always be grateful for this.

Vincent has made sure his grandparents that are 93 and 88 years old are well taken care of . When they could no longer stay in their town home due to a lot of stairs he offered them a rental home he owns to live in rent free. The home is a ranch style with all rooms on one floor and no basement or second floor stairs to navigate. He also makes sure they have groceries delivered to the home. When it comes to family Vincent has helped his brother who has a small family when needed.

When my job was eliminated in 2018  Vincent helped subsidize my retirement income so we could retire without struggling .As a result of his legal fees I was forced to take a part time job delivering auto parts for a local dealership to make ends meet.I will be eternally grateful for his loving support.

My son Vincent is good son, brother, husband and father to a 7 month old baby girl Leila. When Vincent and Miko were married in 2022 several people that I met complemented on how well he was raised and what an exceptional young man he is; a very proud moment for us. I feel very blessed to have such a caring and loving son.

Sincerely,
Dennis M. Brown

Miko Brown
25090 Woodward Avenue, 537
Royal Oak, MI 48067

09/01/23

Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Honorable Judge Jane M. Beckering,

My name is Miko Brown, and I am the wife of Vincent Brown. I would love to share my experiences with my now husband and of our life together so far. I met Vince when we were just 11 years old in the sixth grade at Jane Addams Middle School. Long before he was my husband and father to our eight-month-old daughter, he was my friend. We even went to our high school prom together. Vince has always been the kind of person whom others naturally gravitate towards. With his infectious smile and humor that will have a whole room laughing, simply said, to know him is to love to him.

Vince and I have shared 22 years of memories that I hold very near to my heart. There is so much I love about Vince, it is hard to put into words, but I will do my best to convey that. He is thoughtful— whether it is bringing me morning coffee to my bedside or making us dinner when he sees I am overwhelmed with the baby, he is constantly coming up with ways to make my day easier and put a smile on my face. My mother is a widow, and I appreciate Vince so much for how he treats her— always checking in on her, surprising her with her favorite dishes, and trying to learn Albanian which is her native language. Vince is always eager to lend a helping hand to myself, our families, and friends. He would drop anything to be there for me or for those he loves. He is extremely generous— retiring both his parents and providing a rent-free home to his elderly grandparents for the last six years and counting. To date, that has all cost Vince over half a million dollars, but it is something he never regrets doing or even thinks twice about. Another example that speaks to Vince's generosity happened before we were engaged while I was studying for my master's degree. For three years, he let me live in one of his rental homes for free. I often think about how much more stressful my life would have been during those years if I did not have his help. It is safe to say Vince always takes care of those he loves, ensuring they are as comfortable as possible without ever considering the financial consequences of doing so. Furthermore, Vince is very hardworking. Unlike myself, he rarely if ever complains about having to work. Even when he was first starting out in politics and working as an unpaid intern for a Representative in Lansing, he was just thankful for the position he had landed and enthusiastic for his future. After leaving Phillip Allan Brown on his own accord in 2018, Vince founded Artemis Consulting, a successful business built on honesty, professionalism, and self-discipline.

Vince has always been a constant in my life, enriching it with his unwavering love and support. In 2013, the sudden and unexpected death of my father left an incalculable lasting blow on my heart

and on my life, and it was Vince who picked up the pieces of what was left of me. My dad meant the world to me and losing him filled me with insurmountable pain for much of my twenties. I am forever grateful Vince was there for me during the darkest period of my life. When I was overcome with grief and it was hard to want to live another day without my dad, Vince lifted me up and brought me hope. My dad never got to meet Vince, but I know he would be honored to call him his son-in-law.

Eight months ago, Vince became a father himself to our daughter Leila. He fit into his new role so effortlessly, it is as if he was born to be a dad. It is easy to see, of all his accomplishments in life, being a father is what he is most proud of. Since the day we welcomed our baby into the world, Vince has been an exceptionally involved and hands-on parent. He genuinely wants to share all the responsibilities with me, and for that, I could not have asked for a better partner. Every morning, after I have had a long and sleepless night with the baby, Vince takes over so that I can get some rest. He looks forward to seeing Leila's toothless smile, getting her out of her crib and spending time together before his workday begins. Vince is such a wonderful father. He is tender with Leila, patient, and warm. He soothes her when she cries, sometimes with more ease than I have. He plays so sweetly with her, takes her for walks, read to her in quiet moments, and rocks her to sleep. The way Leila beams at Vince when he enters a room, it is very apparent that the bond and immense love they share is beyond measure. It deeply saddens me to picture a life where Vince is not here and I am left to raise our daughter alone. If granted a lesser sentence and the opportunity to be present for Leila's first years of life, I can say with certainty that Vince will profoundly influence her in a positive way. She needs him and Vince needs her. Sadly, my father has missed a lot of my life now, and I do not want my daughter to have to endure the same heartache of missing a parent.

In light of the recent charges Vince has been faced with, it has put tremendous strain on him and our family.  Vince was forced to stop doing his job, a company he loved and proudly built alone. He has had to completely reinvent himself in order to support us. It not easy to have your career stripped away from you, so to say these last few months have been hard is an understatement. However, Vince's determination to stay positive through such adversarial times is truly remarkable. His ambition and entrepreneurial spirit is inspiring and never ceases to amaze me.

Vince is sincerely remorseful for his actions and regrets the grave mistakes he once made. With that in mind, he is not the same naïve 25-year-old he was many years ago. Since then, he has launched his own company, gotten married, started a family, continues to support his entire family, and lives his life with deeper purpose. Over the last few years, I have watched him devote a great deal of effort to rehabilitate himself. He has sought out professional therapy treatment, addressed mental health issues, and has given back to Detroit's underprivileged population through volunteering at several charities. For months now, he has been spending his free time cleaning showers for homeless people in Detroit and helping coach golf to inner-city children to which I can observe, has been very fulfilling for him.

From a mother to a mother— If not for the sake of Vince's exemplary character and rehabilitated life, I ask you to consider giving him a more lenient sentence for the sake of our eight-month-old daughter. I cannot fathom what I would do without him here with me, and we fear for what that would be like every second. Thank you for taking the time to read this letter.

Sincerely,

Miko Brown

April 6, 2023

The Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

The Honorable Judge Jane M. Beckering:

My name is Michael Butler, and I am writing to you to speak to my experiences with Vincent Brown, to provide some insight into who I consider him to be as a person and in regard to his character.  I have known Vincent for nearly my entire life, growing up just three blocks from him in Royal Oak, Michigan. Our strong relationship and bond continue to this day.

Vincent was raised by his father Dennis and mother Cindy, two hardworking parents who did what they could to provide for their tight-knit middle class family, which also included his brother, Alex. Dennis and Cindy instilled upon Vincent strong character and values, which Vincent continues to exemplify to this day.  Nothing was ever given to us, but we could achieve anything through hard work, persistence, and perseverance.

Growing up just a few blocks away from the Brown's, my home life was a bit different, with divorced parents and a single mother working to raise three-children.  I often found solace at the Brown household, where there was always a full plate, an open couch or extra bed, and an open seat to join them on family trips.  And while Dennis and Cindy also instilled those same values onto me, it was usually Vincent who I would lean on when I needed someone the most.  Vincent always provided a shoulder to cry on, was quick to crack a smile and cheer you up with his whit or would provide you with advice he knew you needed, even if you couldn't handle asking.  Vincent saw something in me that many others didn't.  I strongly believe that our relationship, including his guidance and advice, allowed me to flourish and develop into the man and professional I am today.  I am forever indebted to Vincent and his family for the love and kindness they have shown me throughout my life.  Our relationship goes far beyond being best friends, I consider him a brother.  I look forward to having Vincent stand up next to me, as my best man, at my wedding this August.

Following our upbringing in Royal Oak, Michigan it has been a pleasure to watch Vincent succeed in life through honesty, hard work and determination.  I recall when Vincent just began his career as an unpaid intern just getting his start in politics.  I was attending Michigan State University at the time, working a summer job, and Vincent would stay with me on my couch while he was working his internship, two young men just trying to make ends meet.  I got to experience firsthand what hard work and dedication looked like through Vincent's desire to become successful and provide for his family at such a young age.

Fast forward a few years, and it is that same hard work and dedication that has allowed Vincent to become a successful businessman, and a pillar in his community.  I have seen him host fundraising events and spend his time and resources to give back to the community, which is a testament to who he is as a person.  He works so tirelessly not just for himself and his family, but for all of those around him.

Vincent recently just had a baby girl, Leila, with his beautiful wife, Miko.  Watching him light up when he sees or talks about his daughter, leaves me no doubt that he will be an even better husband and father

than he was a brother to me.  I look forward to watching Leila grow up into a strong confident woman, who will no doubt be successful in her life with Vincent providing her with endless love and guidance.

I understand Federal Sentencing Guidelines may provide the court with recommendations and certain sentences may be severe.  I ask that you consider this letter and the character of Vincent Brown when determining what his sentence might be.  If I can be of any more assistance or if helpful/needed for me to testify in court regarding Vincent's character, I am more than happy to be available.

Best Regards,

*Michael Butler*

Michael Butler
Senior Manager, Deloitte Tax LLP
4636 Kemp CT, Alexandria, VA 22311
(248) 227-4980
butlermichaelp@gmail.com

June 25, 2023

Honorable Jane M Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

My name is Dwayne Cureton and I am writing about my friend Vince Brown. I have known
Vince ever since we were at Royal Oak High School. In 2007 I moved from Detroit to Royal Oak
and in a brand- new environment one of the first people to befriend me was Vince. I was not
only new to the school but also the community and I credit Vince for helping me navigate
those last two years of High School. Eventually we would both become roommates at Central
Michigan University. During those 2 years I became closer with Vince and earned so much
more respect for him as well. Throughout the week Vince would go to class and also drive back
and forth to Lansing from Mount Pleasant for an unpaid internship because he knew that the
hard work now would pay off in the long run. Vince is one of the hardest working and diligent
people I know and he has been a person I often can look to as a great example.

In the following years I would move to Chicago and Vince remained in Michigan. Even with us
being over 200 miles apart we still kept in touch, or I should say Vince made sure we kept in
touch. I have always marveled at Vince's ability to stay connected to myself and all of our other
friends. We all would get together for an annual football game when the Detroit Lions would
play the Chicago Bears in Chicago. One of those weekends we went out to some bars near my
apartment on the Northside. There was a group of us, with me being the only minority in the
group, when one of the establishments would not grant me entry. It was clear that I was being
profiled because of what I look like. Vince stepped up and called the security team out for what
they were doing and told them how wrong it was. Once the security saw everyone I was with
was white he wanted to let us in, but Vince stepped in and spoke up on how wrong that was and
told them they will not be getting our business. We made sure to leave as a group and other
onlookers joined the group in disagreement. That's my friend right there.

I have learned so much from Vince and he may not even be aware. I've watched him carry
himself with dignity, class, and professionalism to where I have adopted some of his
characteristics helping my own career. Over my 16 years of knowing Vince, I consider him one

of the people I trust the most to where if I am ever going through anything he would not hesitate to do what is within his power to help. I've watched him grow as a professional, a man, a husband, and now a father and I am very proud of my friend Vince.

I am very respectful of our judicial system and understand the seriousness of sentencing guidelines. That being said this letter is in no way to discredit any findings. These are my words as a witness to Vince's character throughout his life hoping that is enough to permit a lower sentence. Thank you for your time and reading my letter.

With Appreciation,

Dwayne Cureton

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503

August 26, 2023

Dear Judge Beckering,

Vincent Brown is one of the most genuine people I have ever had the privilege of meeting. Ever since I met him back in College, I have been lucky enough to call him a dear friend. I would like to start off with the first time I met Vincent. Me and my roommate at the time had moved into an area of a house that Vincent was living in. This would later be referred to as the "garage". It was a bit intimidating knowing from the get-go that we would have to venture into this house with 7 random guys to use the washer and dryer. But I kid you not, the first day we started moving in it didn't take 2 hours until I realized this would be an unforgettable year. Vincent proceeding to come over and introduce himself, acting as if we had been friends for years. Instantly I knew he was a great guy, and I couldn't wait to get to know him more. After he introduced himself, he told us to follow him, we went to the house. He guided us around and introduced us to all 6 of his roommates.

After making us feel much more comfortable he never stopped there. Anytime him and his roommates had any type of plans he would make sure to run over to our place and make sure he invited us. This kind of gesture was huge as my roommate was new to the college and did not know many people. He did not have to invite us out, he did not owe us anything, frankly we didn't bring much to the table. But Vincent being the kind of person he was wanted to make sure everyone was included.

I can say after this year I was able to become friends with all those guys, I still consider myself friends with them as well. None of this would have been possible if it wasn't for Vincent's kind heart and genuinely caring to include us. He has not changed; I can honestly say that. He still wants to make sure everyone is included; he texts to check in on his friends. He is a rare breed now adays of people who care about others. I am very proud to consider Vincent a friend of mine and someone I hope to stay friends with the rest of my life.

Sincerely,

Gregory Darr

# GREEN STANDARD CULTIVATION

**EST IN MI**

James Deweese
Green Standard Cultivation
25925 Telegraph Rd. Ste 106
Southfield, MI 48033
305-989-2173

June 7, 2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering,

In early 2017 the writing was on the wall that Michigan was going to have a state regulated application process for multiple lines of business in the cannabis industry. I asked my lawyer his thoughts on the industry and the state of Michigan's ability to roll out such a program successfully. He referred me to a gentleman by the name of Brian Pierce. Brian seemed to be very knowledgeable and he was helpful initially. It was through that relationship that I became acquainted with Vincent Brown. Vincent was very young and seemed to be learning the ropes from Brian and Steve Linder who had a great deal more experience. I don't recall Vincent being very active in our meetings. He mostly took notes and would assist Brian with simple tasks. I recall Vincent's guilelessness and thinking that he would learn a lot from Brian and Steve. It wasn't long however before my partners and I started to realize that Brian and Steve seemingly did not have our best interests in mind. It was clear we were not a priority and I often couldn't reach Brian unless he wanted more money or was seeking donations. Brian later wrecked the marriage of one of his clients who also happened to be an associate of mine. I also found out he had cut a side deal with my former attorney and they were splitting my monthly retainer. I felt cheated and this was the last straw, however before I had the chance to fire him he resigned as our lobbyist and I haven't seen or spoken to him since. This did not put us in the most ideal position and I began to ask around in an attempt to fill the void left by Brian and Steve. After searching for some time, we eventually found our way back to Vincent and it's been one of the best decisions we have ever made. He has been an absolute blessing and the contrast in ethics and professionalism between Vincent and his former bosses is resounding.  Experience comes with time but you simply cannot teach integrity.  Please do not hesitate to contact me if I can be of further assistance.

Sincerely,

James Deweese
President
305-989-2173

 DEREK DICKOW

August 22, 2023


Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of MIchigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503


Dear Judge Beckering:


I have known Vincent Brown in a personal capacity since 2016. In that capacity, I have observed Vincent to be a caring, honest, and ethical person. I also know that Vincent has a good reputation in our community. He has supported several philanthropic causes important to our mission, including substantial efforts to raise proceeds and awareness for The Children's Foundation. His personal support and willingness to encourage others to participate helped raise more than $200,000.00 for the Foundation in the past few years.

Over the last several years, I have also had the opportunity to observe Vincent in a professional capacity. I have had occasion to see him interact with Brian Pierce and Steve Linder. I believed that Brian Pierce and/or Steve Linder were the leaders of the lobbying group. I recall Vincent's role to be limited to notetaking and performing other supportive functions during any meetings involving Vincent and Mr. Pierce or Mr. Linder. During these interactions, Vincent conducted himself professionally and with integrity. I believe Vincent is honest, reliable, and fair regarding his professional dealings.

Vincent is a friend and colleague, and based on my observations of him, I believe he is an upright and law-abiding citizen who respects his colleagues and cares about his community.

Please feel free to contact me if I can be of further assistance.

Derek Dickow

38500 Woodward Avenue, Suite 330, Bloomfield Hills, MI 48304
derek@derekdickow.com | 248.521.2900
DerekDickow.com



**CORNER SHOWER LAUNDRY**

**Corner Shower and Laundry**

**Board of Directors**

Lydia Chouinard

Patty Doerr

Sue Goldsmith

Luke Mattson

Vince Moore

David Pernick

Janet Ray

Kelly Scheu

**Operations and Administration Associates**

Kashira Dowridge
Misha Coffey-Burns

**Founding Members**

Jean and Roger Bajorek

---

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503

September 22, 2023

Dear Judge Beckering:

My name is Kashira Dowridge and I am the operations manager of Corner Shower and Laundry, a non-profit organization that provides clean shower and laundry facilities to individuals/families who are in need of shower and laundry services. We call our patrons "guests" because we are not sure of their current living situation. There are quite a few that are in fact homeless but we stick to the term guest. We are located in the basement of St. Peter's Episcopal Church in the Corktown District of Detroit.

In order to survive, we depend on volunteers and donations from the public and businesses in the Detroit area. Mr. Vincent Brown is one such volunteer. We average between 25-30 guests a day. Mr. Brown volunteers between 6 and 8 hours a week, never misses a day, and is always on time.  While at Corner Shower and Laundry, Vincent performs some of the least desirable tasks; he cleans the showers in between uses and provides clean towels to our guests. On the days he volunteers, he is also responsible for keeping the entire bathroom area clean. In addition, on occasion, there is a group of autistic volunteers and Vincent helps manage them and teaches them how to carry out their tasks. Vincent has also donated toothbrushes and tubes of toothpaste, razors, soap, and clothes. Vincent has also done work in our facility, installing shelves in the wall that we needed. Vincent provided all the materials and labor and was happy to help us further. Perhaps most importantly, he treats our guests with dignity and has developed personal relationships with many of them. Based on his dependability, strong work ethic, and huge heart, he is being honored this year as volunteer of the year.  He is hands down our best and most active volunteer.

---

**1950 Trumbull Ave | Detroit, MI 48216 | (313) 400-7040**
Cornershowerandlaundry.com | Janet@cornershowerandlaundry.com | Facebook.com/CornerShowerLaundry
*"Give People a Fresh Start"*



I am personally aware how important Vincent's family is to him. He frequently updates me on his daughter and shares pictures of her. I can see just how important she is to him when I see him light up when sharing a story or picture. His strong family values are evident and clearly the most important part of his life. Observing how important a good family structure is at CSL, I know Vincent's presence in his daughter's life will be imperative for development.

Vincent has advised me that he has pleaded guilty to bribing a public official and that his lawyer is requesting that in lieu of a prison sentence, Vincent be sentenced to perform community service. If you believe that such a sentence is appropriate, our organization would love to have Vincent continue his volunteer work at Corner Shower and Laundry. He has become an integral part of our organization and we truly value his continued help and support. Vincent's above and beyond effort has been a huge help to our mission.Below is a link to our website that describes our mission. https://www.cornershowerandlaundry.com/.

If you have any questions, I can be reached at (248) 574-1013.

Very truly yours,

*Kashira Dowridge*
Kashira Dowridge

August 23, 2023


The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503


Dear Judge Beckering:

I have been close friends with Vince Brown for over a decade.  Many years after our friendship started, I also began working with Vince on a professional level.  I feel extremely fortunate to call Vince a friend and co-worker. After graduating from CMU, I watched Vince work grueling hours for employers in Lansing.  He gave up his personal life to pursue a career in politics and he was dedicated himself to working harder than his peers.  Vince has always impressed me with his strong work ethic, yet subtle ability to balance his personal life.  He is a kindhearted, caring, and genuine individual who comes from a large, loving network of family and friends.

After years of a strong friendship, I began working with Vince and Brian Pierce to get cannabis licensing.  I had countless one-on-one strategy meetings with Vince on how we could license specific buildings or assist less educated municipalities on the benefits of the MMFLA act and drafting of their ordinance.  I was always impressed with Vince's understanding of the cannabis laws and licensing process.  Never ONCE did we talk about the need for illegal activity to execute our plans.

Meetings with Brian always required an immediate call after from Vince to explain why not to listen to Brian's illegal suggestions.  We would tell me how we could get licensing with hard-work and persistence just as easily.  Vince ALWAYS advised me to not move forward to with blind donations.  These are the morals and values that Vince Brown has always upheld as long as I've known him.

In regard to Vince's career, I see Brian Pierce as an unfortunate steppingstone that many young politicians unknowingly get wrapped up into.  Vince looked up to Brian as a steward in the political space and was given false hope of a legitimate business opportunity.  Despite the illegitimacy, Vince took the opportunity by the horns.  Vince grew that company with hard work and dedication.  He had always aspired to own his own lobbyist firm, so he was seemingly living out his dream.  His dream of being a recognized politician caused a momentary lapse in judgement that should not define his life or career.

After a few years of working with Brian, I remember Vince telling me "I don't think I'm going to be able to work with this guy any longer." He knew his morals and values did not match Brian's and he needed a way out.  It didn't take a federal case for Vince to realize what he was doing

was wrong.  He broke off from Brian and started his own successful company.  Unfortunately, his short-lived business relationship with Brian came at hefty cost to his family and career.

Vince Brown is a hardworking business owner that has always been a leader amongst his coworkers and peers.  I find it quite unfortunate that he had to be wrapped up into Brian Pierce's deceitful career.  Vince should not be held accountable for Brian Pierce's actions.

Kindly,

Chris Dyla

Owner
Tip Top Crop LLC
22817 Dequindre Rd
Hazel Park, MI 48030
Cell:  248-202-1291

Ali Faraj
Westfield Group

June 6, 2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering,

I have known Vincent for more than ten years. He and I met at a charity event, and he also offered his consulting services to my small business on several occasions, helping me improve my business in many ways.

Vincent is one of the most dedicated, hardworking and innovative people I've had the pleasure of working with in any capacity. He is also compassionate, kind and never misses the opportunity to help others. He is always the first one to step up to help solve a problem

Vincent is the type of person you can count on to keep a cool head in a stressful situation, and his positive attitude is contagious. I only wish that everyone that I have a professional relationship could be as easygoing, and driven as Vincent.

If you have any questions, please feel free to contact me.

Sincerely,

Ali Faraj
313-999-9032

Mark R. Floria
2114 Vinsetta Blvd
Royal Oak, MI 48073

Monday, May 8, 2023

The Honorable Jane M Beckering
802 Federal Bldg
110 Michigan St NW
Grand Rapids, MI 49503

Dear Judge Beckering.

Please accept this letter as my statement on the good moral character of Vincent Brown. I met Vince around 5 years ago. We have bonded over our mutual enjoyment of the sport of golf. During my friendship with Vince, I have known him to be an honest, loyal man who works hard and carries himself in a respectful manner. Vince is well respected among his peers and trusted within the community.

You will not meet a man with a bigger heart than Vince. Since the birth of his daughter, our discussions have changed to how we truly love the impact that our children have on our lives. His love for his family is what has driven him to become the best version of himself.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I know Vince to be an honorable man, valuable member of our community, and a good human being.

Thank you for taking the time to read this letter.

Sincerely,

Mark R. Floria

9/21/23

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503

Dear Judge Beckering:

I am a real estate developer that was interested in learning more about the legal cannabis
industry back in its Michigan evolution in 2017. Through a friend I was introduced to Brian
Pierce, Steve Linder and Vincent Brown sometime around February of 2017. I met with the
group on 3 occasions between February and August of 2017 to see if the industry was
something I wanted to be involved in or not. During those meetings Mr. Pierce and Mr. Linder
did all of the talking and sales pitch to hire their firm as a consultant. Vincent Brown was very
quiet and never said a word unless he was asked a direct question. I honestly thought Mr.
Brown was an employee at the firm and sat in on the meetings for observational and learning
purposes. My last meeting with the group came in August of 2017 where we had dinner. Work
was discussed briefly at the beginning of the dinner and then it became more of a casual
dinner. As the dinner became more casual, I noticed Mr. Brown opening up and socializing
much more. I felt he became himself and very comfortable. After our dinner concluded me and
Mr. Brown went and had a drink. I got to understand him a little better and found out he was a
junior partner at the firm which I would have never guessed. Mr. Brown never pushed me or
tried convincing me to hire their firm as a consultant that night. If anything, I got the feeling
that night that he was hinting to me that I did not need their services. At that time, I decided
not to hire the firm or pursue a cannabis business license in the State of Michigan. He separated
himself from Mr. Pierce and Mr. Linder and started his own consulting firm that is thriving
today. I kept in touch with Mr. Brown and we have become great friends. I attended Mr.
Brown's wedding and our wives have become very good friends as well. Mr. Brown who I now
just call Vincent is a hard and honest worker, a great friend, a great husband and now a father
to a beautiful little girl.


Ray Foumia
RayFoumia@gmail.com
(248)891-8387

26222 Telegraph Road, Suite 100
Southfield, MI 48033
Direct Phone: (248) 497-1183

# Milan P. Gandhi

Email: Email:
milan.gandhi@gmail.com

9/2/2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

In 2017, I asked a friend of mine to connect me with a lobbyist in the medical cannabis space in Lansing. He brought Brian Pierce to my office and we had a long discussion about the application process for licensure as well as market conditions and investor expectations.

We met with Brian several more times before signing on for his lobbying services. During some of these meetings, there was another gentleman seated with Brian who never spoke. My partners and I assumed he was an intern. He looked very young and didn't really have any input for our meetings. He seemed to be taking a lot of notes generally and was attending the meetings in a support capacity for Brian.

Later, I learned that the young gentleman's name was Vincent Brown, but I still didn't perceive him to have a role outside of supporting Brian and his efforts. As time went on, we began to have some substantive conversations with Vincent, but they always ended with Vincent telling us he would pass on the information to Brian.

At the end of our relationship with Brian, it became clear we needed to part ways with him due

to his unethical behavior involving business dealings with his other clients. Vincent came forward only at that  time and offered himself as our lobbyist since he too was parting ways with Brian.

At all times during our dealings with Brian it would have been clear and obvious to anyone that he was  the leader of the organization and Vincent was his support staff. Vincent never took a role of leadership in  any of our meetings or in communications with other parties.


Signed,


Milan P. Gandhi



**E M E R A L D**
B U S I N E S S   P A R K

Derrick Gergis
Chief Executive, Principal
Emerald Business Park LLC
21445 Hoover Rd #101
Warren, MI 48089
(248) 802-8112
derrick@mgmt10.com

August 12, 2023

The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

I hope this letter finds you well. I am writing in support of Mr. Vincent Brown, who stands before your court concerning a sentencing of a conspiracy to commit bribery. I have known and worked with Vinny on a professional and personal level for the past 5 years and feel compelled to share my personal experiences and observations of his character in light of his sentencing for this allegation, of which he has taken full responsibility and pled guilty.

Throughout the time I have known him, Vinny has consistently displayed an unwavering commitment to honesty and integrity. He is a man of principle and has always conducted himself with the utmost transparency and sincerity, whether in his professional or personal life.

To me and many who know him, the accusations against him are inconsistent with the person we have come to respect and admire, especially as a hard-working lobbyist in his dealings with my business and regulatory agencies.

Beyond his professional dedication, Vinny is also a loving family man. He is a devoted father to his daughter, and a steadfast pillar of support to his family. He has always prioritized their well-being and happiness above all else. I believe that his dedication to his family and the values he instills in them is a testament to his moral fiber. I understand the seriousness of the allegations presented, but I humbly ask that you consider the entirety Vincent Brown's character and life when making your judgment. It is my sincere belief that he is a man of honor. Thank you for your time and consideration. I have no doubt about the integrity of our justice system, and I trust that you will ensure a fair and just sentencing of Mr. Brown.

Yours sincerely,

Derrick Gergis



Michigan's Trusted Law Firm

**GOODMAN ACKER** P.C.

*Good Decision*

\*\*BARRY J. GOODMAN
\*\*\*\*GERALD H. ACKER
TIM SULOLLI
JORDAN B. ACKER
\*\*\*BRADLEY M. PERI
MARK BREWER
AMANDA B. WARNER

RONITA BAHRI
MICHELLE T. AARON
J. SCOTT FANZINI
NICOLE M. McCARTHY
JOSHUA C. MAYOWSKI
ROWAN E. CONYBEARE

\*\*ALSO ADMITTED IN FL
\*\*\*ALSO ADMITTED IN NY
\*\*\*\*RETIRED

WWW.GOODMANACKER.COM

Honorable Jane M. Beckering
United States District Court Judge
110 Michigan St NW
602 Federal Building
Grand Rapids, Michigan 49503

September 27, 2023

Dear Judge Beckering

I am forwarding this to your attention about Vincent Brown and his matter pending before you regarding sentencing. At one time I was a former client of Philip Brown Consulting (with my ex-wife as my partner) and had to meet with Mr. Brown on several occasions. Primarily Mr. Brown was new to the company and was learning the ropes from the senior partners. Most times Mr. Brown was present for the purpose of making sure my wife and I were comfortable and provided coffee and snacks while we met with others.

Mr. Brown was someone who I felt was of strong character and there was no thought other than that he would do the right thing. I believe though he has shown responsibility and remorse for what he was involved in, and that he believed that he was simply doing what his superiors wanted him to do. Though not an excuse he should be given consideration by way of sentencing that he was simply following orders and failed to take charge of his own self. Of course, what he should have done is say NO to acts that were of a questionable nature.

I met Mr. Brown in the cannabis world and never noted that he was acting inappropriately in my presence. In fact, he joined the Finance Committee for the reelection of Governor Whitmer which I chaired and saw him on a number of times in that process as well. He always seemed to act in the best interest of others, rather than himself.

Quite simply, I believe Mr. Brown was foolishly naïve and was not able to see the bigger picture of what he was involved in. I believe that he was young and uninformed and taken advantage of during his time with Philip Brown. He has plead guilty and is prepared to take his sentence as ordered by Your Honor. However, he also can make a significant impact to our State if given the opportunity to make amends, and it is my wish that you take his positives into account when delivering your sentence. If

**SOUTHFIELD • MAIN OFFICE**
17000 WEST TEN MILE ROAD, SECOND FLOOR • SOUTHFIELD, MICHIGAN 48075 • PHONE 248.483.5000 • FAX 248.483.3131

**GRAND RAPIDS**
1500 E BELTLINE AVE SE, SUITE 235 • GRAND RAPIDS, MICHIGAN 49506 • PHONE 616.582.7225



this court needs anything further, please do not hesitate to reach out.

Respectfully,

/s/ Barry Goodman



Nemer Haddad
Chief Executive Officer
SANDDS Operations LLC
21445 Hoover Rd #101
Warren, MI 48089
(248) 939-0525
nemer@mgmt10.com


August 31, 2023


The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Re: Character Reference for Mr. Vincent Brown

Dear Judge Beckering:

I am reaching out to vouch for the character of Vincent Brown, who is currently facing sentencing relating to his guilty plea for conspiracy to commit bribery. My relationship with Mr. Brown spans the past four years, and during this period, I have grown to know him as a man of unwavering integrity and dedication. Mr. Brown has consistently showcased his dedication not just to his profession, but to his core values.

In our interactions, both personal and professional, he has been nothing short of transparent, trustworthy, and genuine. This current situation feels incongruent with the individual I've come to respect and hold in high regard. When advising on and representing my businesses in the Michigan cannabis industry, and in real estate acquisitions, he has acted with the utmost integrity and respect for maintaining compliance and diligence. Apart from his work, Mr. Brown is deeply committed to his family. His role as a father and husband is paramount to him, and he has always emphasized the importance of family values and responsibility.

Witnessing his interactions with his loved ones further solidifies my belief in his upright character. While I recognize the gravity of the accusations for which he has plead guilty, I earnestly request that you consider the person, professional, father, and husband that he truly is. Every defendant deserves a thorough and unbiased assessment in their sentencing, and I am hopeful that when weighed against the entirety of Vincent Brown's character and actions, justice will be served. Thank you for considering my perspective. I trust in the fairness of our legal system, and Your Honor's court room.

Warm regards,

Nemer Haddad

Sirena Jankowski
Green Standard Cultivation
25925 Telegraph Rd. Ste 106
Southfield, MI 48033
Sirenajay1@gmail.com

6/5/2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
302 Federal Building
Grand Rapids, Michigan 49503

Dear Judge Beckering,

I am the assistant to James Deweese who has always spoke so highly of his
lobbyist Mr. Vincent Brown. I personally have known Vincent Brown for
approximately 4 years. During this time, I have known Vincent to be an
enthusiastic individual, hardworking, and have a high level of integrity. With
excellent communication, Vincent has helped us gain valuable professional
relationships with customers, as well as giving us insight and guidance in the
cannabis industry.  It is evident that Vincent's primary focus with his clients is
commitment and dedication. His professional manner has always been over
the top and really impressive. He is extremely competent in his role as our
lobbyist. Whenever I reach out to him for anything, he always delivers. He is
reliable, knowledgeable and a joy to work with. For any questions, please do
not hesitate to contact me.

Yours truly,

Sirena Jankowski

June 7, 2023

The Honorable Judge Jane M. Beckering 602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

The Honorable Judge Jane M. Beckering:

My name is Ethan Jones and I have know Vince Brown since we were 4 years old.
Vince and I have been best friends ever since and he has helped me through some of
life's hardest challenges.

 When I was 18 years old I lost my dad and Vince was there. When I was 21 years old I
lost my twin brother and Vince was there. In times when absolutely nothing can be done
to help, Vince did the only thing he could do, be there for his friend. I have watched
Vince grow into a hard working man that loves his family.

I understand the charges Vince is facing and the seriousness of the situation, so if you
could take in consideration this letter and offer a lower sentence I would appreciate it.
Thank you for your time and consideration.

Sincerely,

Ethan Jones

June 6, 2023

The Honorable Judge Jane M. Beckering 602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

The Honorable Judge Jane M. Beckering:

My name is Mandy Jones and I've been friends with Vince Brown since high school. We then both attended Central Michigan University for undergrad, and he would eventually be a groomsmen in my wedding. Vince and I share a special relationship that I couldn't be more thankful for. He is my husbands best friend since elementary school and I'm best friends with his wife. My husband Ethan and I could not be more thankful to have a friendship like we do with Vince.

My husband Ethan has mentioned in past conversations that if he had to call anyone in a pinch to help him out he can always count on Vince. Vince is a very selfless person that would drop anything to be there for his family and friends. He has an amazing family that has raised him to be the great friend, husband and dad that he is today.

Vince and his wife Miko recently welcomed their beautiful baby girl Leila into the world. It is incredible how easily he adapted to being a great dad to Leila. His face lights up when he talks about her and he will do anything for her.

I know the charges Vince is facing are a very serious matter, but if you could please consider this reference of character letter It would be greatly appreciated.

Sincerely,

Mandy Jones

July 15, 2023


Sadber Karanfili
2016 Massoit
Royal Oak, Michigan 48073

Honorable Jane M. Beckering
United States District Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
602 Federal Building
Grand Rapids, Michigan 49503


Dear Judge Beckering:

My name is Sadber Karanfili, and I am Vincent Brown's mother-in-law. Being a widowed
mother of three daughters has not been easy, to say the least, as I have had to go through many
significant milestones and decisions without my husband. However, I can sincerely say that
giving Vincent my blessing to marry my daughter, Miko, was one of the easiest decisions I have
ever made. I am sure most mothers in the world would agree with me when I say: one of the
most important things to a mom is that her children grow up to be happy, healthy adults... and if
they are lucky, to grow old with a loving partner that will stand by their side through thick and
thin. When Vincent asked me to take my daughter's hand in marriage, I was confident that he
would be able to love and support my daughter in the way that she deserved... and he has
absolutely met this expectation.

It has been such a joy to see him and my daughter build a life together over the years, and as of
December 2022, become parents to my sweet granddaughter, Leila. Vincent is a wonderful
father, and he cares deeply about his family. This is all I have ever wanted for my daughter. But
what I did not entirely expect is how much he has cared about me, as well. He has shown so
much kindness to me, in both big and small ways, and this has made me that much more fond of
him as a human being. He has gone above and beyond to help me even when I insist that it is not
necessary. There have been countless times where after a big snowfall, I wake up to Vincent
shoveling my walk or it is done before I even wake up. I do not need him to do this but living
alone and caring for my mother who lives with me, it is extremely helpful. He is the type of
person who will always put others first no matter what.

Another great quality about Vincent is how much he cares for those that he loves and those
around him in general. Being an immigrant and having English as my second language, not
many Americans take the time to understand the Albanian culture or even try to speak the
language. Vincent has learned a lot of Albanian words/phrases and can casually speak it. He did

this for me and my mother who does not speak English at all. He learns a new phrase every time he visits just to see my mother's face light up. He even has brought Albanian dishes from a special restaurant nearby that he knows we all love. This is who he is, he goes the extra mile and puts the time in to make sure everyone knows how much they mean to him. I have seen this beautiful characteristic with his new daughter and is truly heartwarming. There are not many dads in the world as hands on as he is. He handles her with care and makes sure to read everything to ensure he is using the proper techniques. My daughter has even shared that he races to change diapers and do early morning feedings.

Ever since I met Vincent, I have known him to be an honest, conscientious, and kindhearted person. Even in the current unfortunate circumstance that he is in, I continue to see his character and true colors shine through. He is doing his best to stay positive for his family and continues to work tirelessly to be able to provide for them. To watch him change a career and do it with this head held high has been awe inspiring. He has even continued to support his elderly grandparents with their living needs and is volunteering in his community at a homeless shelter and teaching golf to inner city children Despite the stress and uncertainty he has recently been faced with. I hope and pray that some of these matters will be taken into consideration in Vincent's sentencing this Fall. I cannot imagine my daughter and granddaughter's life without him being there. With that being said, I understand what he has pleaded guilty to and the severity of it. He has been nothing short of remorseful and regretful to my family and I. He has apologized for the embarrassment, shame, and risk he has put our family in. I feel bad for the way this has changed this young man as I have seen him not act the same. I know how much this has affected him and he has certainly already grown positively from the last year. I want to thank you for reading my letter and please consider everything I have shared. I am not sure what our family will do without him in our lives constantly. Thank you.


Respectfully,

Sadber Karanfili

September 27, 2023

Honorable Jane M. Beckering
United States District Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
602 Federal Building
Grand Rapids, Michigan 49503

Dear Judge Beckering,

I am writing to express my wholehearted support for my friend, Vince Brown, and to provide some insight into the remarkable person he is. I believe it is important for you to know the kind of individual Vince is, as it reflects his character and integrity.

Vince Brown is nothing short of amazing when it comes to his willingness to help others. One instance that stands out in my mind is when he demonstrated exceptional kindness towards me and my beloved Great Dane, Winston. Vince didn't hesitate for a moment when I needed someone to take care of Winston, who is a large and slobbery dog. He graciously opened his new home to Winston, despite the inevitable fur shedding and drool marks on the walls that comes with having such a dog. This selfless act showcased Vince's understanding of how much Winston means to me and his boundless compassion.

Moreover, Vince's compassion extends beyond just friends and their pets. He extended a hand to a young man named John, who was living in my basement. Vince provided John with more affordable rent at one of his secondary homes, which was a lifeline for John, especially considering the arrival of his new baby. Vince's generosity not only alleviated financial stress but also ensured a safe and stable environment for John's family.

In addition to Vince's incredible acts of kindness, it's worth noting his unwavering dedication to his own family, particularly his wife, Meko, and their baby girl. Vince is an exceptional husband and father who goes above and beyond to support and cherish his family. He takes pride in being a loving and devoted spouse, always striving to create a nurturing and loving home environment for his entire family.

As a father, Vince's role in his daughter's life is truly impactful. He is not just present but deeply involved in her upbringing. He actively participates in her growth, learning, and development, ensuring that she is surrounded by love, care, and positive influences.

Meko and their daughter are undoubtedly fortunate to have Vince as the cornerstone of their family. His unwavering love, support, and dedication to their well-being are evident in every facet of his life. He balances his responsibilities with grace and integrity, setting an exemplary standard for family values especially in today's world.

Vince Brown consistently exemplifies the qualities of a caring, compassionate, and selfless individual, whether it's through his friendships, his community involvement, or his role as a husband and father. He is always ready to lend a helping hand and goes out of his way to make a positive impact on the lives of those around him.

In conclusion, I wholeheartedly vouch for Vince Brown's incredible character and his unwavering commitment to helping others, including his family—his wife, Meko, and their amazing little girl. I believe that his actions, as mentioned above, demonstrate the kind of person he is—someone who truly cares about the well-being of those in his life, both within and outside of his family.

Thank you for your time and consideration.

Sincerely,

**Cassandra Keller, MBA**

# butter

Christopher Klamkin
Co-Founder & Chief Executive Officer
Operation Grow, LLC – dba butter
1110 Tower Street
Flint, MI 48503
516-319-9757
chris@butterworld.com

August 23, 2023

The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Beckering,

I am writing to express my support for Mr. Vincent Brown and to attest to the quality of his character.  Please consider this letter to be an official statement and based on both the business and personal relationships I have been fortunate to have with him.

Mr. Brown has been a business partner for the past 5 years.  Our organization has been extremely fortunate to have Mr. Brown as a partner and supporter.  Vincent joined the butter team as a consultant to help us navigate the cannabis space while ensuring our organization always adhered to the rules of the CRA.  In this time, Mr. Brown has advised us with 100% compliance and towards solutions that are always ethical and within the guidelines of the cannabis regulatory agency of Michigan.

The entire team here at butter was extremely surprised and shocked to hear of the unfortunate circumstances surrounding Vincent's current situation.  It has been a detriment to our organization to have to lose Vincent as a business partner. He has always made us feel very cared for as a client and most importantly, he advised us on how to manage our organization and its growth in a compliant and ethical manner.  As a team we always determined the best course of action to take on business dealings while determining first, the compliant path.  Vincent has always maintained extremely high integrity and compassion towards us as an organization, as individuals, and in relation to all our colleagues within the industry.

The butter team misses Mr. Brown.  His candor and high degree of integrity was a blessing to our organization for the time he served us as a client.

As a friend and business colleague, and having nothing but positivity coming out of this relationship, I am honored to be writing this letter of recommendation for Mr. Brown.  Please consider my words as Vincents future is decided upon. Thank you.



With best regards,


Christopher Klamkin

9/11/23

Honorable Judge Jane M. Beckering
602 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

Honorable Judge Jane M. Beckering,

I am writing this on behalf of Vince Brown, whom I have known for 20 years and have had the pleasure being friends with. In my experience with Vince, I have found him to be an outstanding individual with excellent qualities.

Vince is an exceptionally kind, honest, and reliable individual who consistently demonstrates integrity and professionalism in all aspects of his life. He possesses a high level of moral values and always strives to do what is right, regardless of the circumstances. Vince has a strong sense of responsibility and takes his commitments seriously, always delivering on his promises, even in the most difficult situations. I have witnessed him stand up for himself, his family and his friends' beliefs, even when it was not popular or easy to do so. He is the type of person that will always go above and beyond to help others, no matter what is needed. Because of the type of person Vince is, some of the most inconvenient life events that I have faced were made better based on this man's actions. Whether it was building a fence or helping me change a tire on the side of the road, Vince is and always has been the epitome of a true friend and a good person. He possesses a natural ability to connect with people from all walks of life and is always willing to lend a helping hand to those in need. His kindness and empathy is genuine and he has touched the lives of many.

Vince's honesty and integrity are evident in every aspect of his life. In his personal relationships, he is known for his transparency, trustworthiness, and loyalty. He is always willing to listen to others and to consider their point of view, even when it is different from his own. He is always the first to call and check up on you and make sure you and your family are doing well, even if it is just a simple wellness checkup out of the blue.

Although Vince's decision making has unfortunately led him to a scenario that he is not familiar with, I know he is extremely remorseful and regretful for what he has done. He has expressed to many of our close friends and myself how he has let everyone down and most of all himself. He has always worked his tail off and to see my friend have nearly everything taken from him is not easy to watch. We all wish we could do something to help him as he has helped us over the last few decades, but we can't. All we can offer is our unwavering support and try to depict to you who we know him as. We do not merely know him as a freshman lobbyist who made poor decisions early in his career, we view him as a family member and a pillar in our community. Our friend is not who the news portrays him as, he has come a long way over the years and unfortunately was in bed with the wrong people at the time of this offense. I know he has taken full responsibility and all he truly cares about is making a better, more meaningful impact in this country and taking care of his young

family. It is mind blowing that he is the one still checking in on us, still trying to help everyone when he is in the fight of his life. I hope that my statement has found you well and is taken under consideration.

In conclusion, Vince has always been a very good friend and upholds the honorary titles of an amazing husband and father. He has always done the best he can for his family and friends. I am here to answer any further questions. Thank you for reading my letter.

Sincerely,

Stephen Knupp

The Honorable Jane M. Beckering                                    June 2, 2023
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503


Dear Judge Beckering,

     I am writing to you today on behalf of Vincent Brown. I have known Vince for just over 10 years now, and we have become very close friends. As many great friendships start, I met Vince in college while we both were attending Central Michigan University. But I should say, Vince met me. As chance would have it, I ended up renting the place right next store to Vince. Before my roommate and I could even get our things unpacked, Vince was at our door wanting to introduce himself as our new neighbor and wanted to get to know us. Vince immediately invited us over to make introductions to his roommates so we could get to know them as well; we are all still friends to this day. I credit those friendships to Vince's goodhearted nature and am very thankful for them (and for Vince for doing that).

     Vince's determination and work ethic stood out to me immediately when I met him. I remember him telling me that his degree was in Political Science. I did not really think twice about it when he originally told me, as I knew others pursuing the same degree. But as the weeks went by, I saw that he was quite dedicated in applying his degree to his future career. His studies always came first, and I began noticing him participating in many extracurricular activities around campus and in the community were oriented towards his degree and future career. Vince then took it a step further and began commuting down to Lansing from Mt. Pleasant several times per week for volunteer and internship opportunities all while staying on top of his studies. It was clear that when Vince takes on a task, he is fully committed to fulfilling all duties that are required to complete the task to the best of his ability and working through the proper processes no matter how difficult they may be.

     As chance would have it again, a few years after college I found myself living near Vince again, and we would hang out often. I was able to see a new side to Vince's dedication, his dedication to family. Vince always seems to be doing something to help a family member, or to just surprise a family member with a nice gesture. I remember the first time I met Vince's parents. Vince and I had stopped into a restaurant to get some lunch, as we were sitting there Vince noticed his parents were also at the restaurant. Vince surprised them by picking up their bill without them knowing. It was quite humorous when they found out it was Vince who was the mystery bill payer. They came over and Vince introduced me to them, and they were very nice people, I could see where Vince gets it. Even though he is not the oldest family member he puts himself last when it comes to family. Most holidays when I talk to Vince, he usually always says, he's hosting his family over to his house and preparing all the food so no one else need worry about it. He just wants everyone to relax and have a nice holiday. I ended up being with Vince and his brother shortly after Vince's brother had his son. All Vince kept saying was let me know how I can help or if you need anything just let me know. Vince recently had a daughter himself and I know he is going to make a great dad and always put her first.

It boils down to this, Vince is a great guy. He is goodhearted and hardworking, and puts others before himself, especially his family. He genuinely likes to help others. If I ever needed help Vince would be at the top of the list, as I know if he could help me, he would without hesitation. If you were to talk to anyone about Vince, I know they would have many more instances and stories to share that would corroborate what I have said above. I am proud to say that Vincent Brown is my friend.

Sincerely,

*Max Konz*

Max Konz



The Honorable Jane M Beckering
602 Federal Building
110 Michigan Street NW
Grand Rapids, Mi 49503

Dear Judge Beckering,

This is the first letter of this nature that I have written, so please excuse any mistakes. This is definitely not in my wheelhouse.

I am writing this letter for my friend Vince Brown. I met Vince about 3 years ago playing golf. He and I hit it off immediately. Although I am 20+ years older than Vince, we found common things to talk about. Vince and I grew up in the same city (Royal Oak), and attend the same high school, so we had many things in common growing up to speak about. My first impression of Vince was a good one. We spent 4 hours together while he played a match against another buddy of mine. You can tell a lot about a person on how he carries himself in a competative match on a golf course. Although Vince does many things in golf that make people say wow, he was extremely humble with his abilities. In a gentleman's game, Vince was a gentleman. Vince ended up winning is spectatular fashion on the last hole, but what I found most impressive was his demenor in victory. He was encouraging, and supportive of his opponent. I think this is what stood out most to me about Vince, and especially someone his age. Most people his age are overly arrogant when it comes to competition. You could say this made a strong impression about Vince to me.

Vince, and I have spent time together over the last 3 year. We have played golf, but we have also spent personal time meeting for lunch often. When Vince, and I would meet for lunch he was always very interested in how things were going for me, and again that speaks to who Vince is. He always has a lot going on, but he genuianly cares about what I have going on in my life, always asking about my wife, and kids. He is a good friend, and I glad that I can call him that. When Vince got married , I was honored to be invited to his wedding. My observations about Vince at his wedding continue to build on what I know, and love about Vince. He, and his wife are of different cultures yet Vince fully embraced her heritage. He was on the dance floor proudly for the traditional dances of his wife's heritage. He infact was at the head of the train, and smiling the entire time. He also made sure to come check on my wife and I ,because he knew we didn't know anyone. Again, these are the things I look to when I think about Vince.

Recently Vince became a father. My observations again show me who Vince is. He is a doting father, someone that is excited to be a father, and looking forward to the challenges that come with that. He is very much embracing being a husband, and a father. I expected nothing less from Vince.

I was compelled to write this letter for Vince. In our time together as friends, he has been gratious, generous, humble, genuine and caring. This is who Vince is, and I am hopeful that you are able to see the Vince I see, and know. Please don't hesitate to contact me, as I am sure I can express myself better about Vince speaking as opposed to writing.

Sincerely,

Brook Kress
Brook.Kress@Dncompany.com
248-302-3855

1807, East Maple Road, Troy, MI, 48083

www.dnautomotive.com
tel. 313. 970. 3258  fax. 248. 680. 0166



# BARBERI LAW

EVERY CASE WE TAKE, WE TAKE PERSONALLY.

PHONE: (989) 773-3423 | FAX: (989) 772-6444 | 2305 HAWTHORN DR., SUITE C | MT. PLEASANT, MI 48858
WWW.BARBERILAWFIRM.COM

April 5, 2023

The Honorable Jane M Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Beckering,

Vincent Brown is one of my oldest friends and someone I hold in the highest regard. I know his family well and over the years I have seen his true character on full display. He is fiercely loyal, and to say family is important to him would be a great understatement. I've personally witnessed him going to great lengths to ensure his family is safe and comfortable. For example, when his grandparents were dealing with inadequate housing, Vince took it upon himself to find them a proper home and personally made sure the house was up to the standards his grandparents deserved. This is only one example of a long list of good deeds that Vince has undertaken through the many years of our friendship.

Vince's charity and compassion is by no means limited to his family. In fact, he actively engages with communities across the state. In our college years, Vince and I would walk neighborhoods in an effort to talk to people, learn their problems and concerns, and search for ways we could help find solutions. Even then as a young man, I learned a lot from Vince about being a good person and community member. As we've grown, I've continued to learn from him in this regard.

Knowing Vince for as long as I have, I have spent countless hours with Vince and his family. I am not ashamed to say that I love Vince and his family dearly, and I consider his family to be my own. Vince was one of my groomsmen at my wedding as I would not have wanted anyone else by my side on that day.

Through the years we have traveled together, hunted, gone on vacations, spent countless hours on the golf course, and through it all, Vince has been reliable in every meaning of the word. He would often beat me on the course but insisted that I owed him nothing, always saying that I'd surely get him next time. While those days rarely came, for us, our interest was never getting one up over the other. Instead, the joy we had came from the time we spent together, enjoying the outdoors, and simply talking, mostly about our aspirations, family, wives, and children.

In short, Vince is a good man, a good son, a good brother, a good friend, a good husband and a great father. I'll never forget the day his daughter was born. When he called me to tell me

ATTORNEYS.

JOSEPH T. BARBERI | ADREANAH N. EBERLY | JEFFREY B. LAMBERT
OF COUNSEL: SARA M. SASTAMOINEN

the good news, I could hear the tears of joy and the excitement in his voice. That is Vince in a nutshell, a caring, compassionate person who will do anything for his friends and family.

I consider myself lucky to be Vince's friend, although I rarely call him friend, opting for the term "brother" instead. He is someone I trust with my children, someone I would call if I ever needed help, and someone I can confide in. I am proud to have him as a friend, and I have no doubt that anyone who spends time with him would come to the same conclusions about his character as I have.

Please do not hesitate to contact me in the event you need any further information regarding my good friend Vince. As you can imagine, I have decades of stories and experiences that I would gladly share that further demonstrate the good man that Vince is.

Sincerely,

Jeffrey B. Lambert



an energy conservation company

August 2, 2023

The Honorable Jane A Beckering
602 Federal Bldg
110 Michigan St NW
Grand Rapids, MI, 49503

Dear Judge Beckering,

I'm writing this character letter to wholeheartedly endorse and attest to the exceptional qualities of Vincent Brown, whom I have had the privilege of knowing for quite some time. As a friend and someone of similar age, I can confidently vouch for Vincent's unwavering commitment to goodness and his dedication to making a positive impact on the lives of those around him.

One of Vincent's most admirable traits is his strong sense of family values. As a devoted husband and loving father, he continually puts his family's well-being at the forefront of his life, creating a nurturing and loving environment for their growth and happiness.

Beyond his familial responsibilities, Vincent's eagerness to lend a helping hand to anyone in need truly sets him apart. It is inspiring to witness his genuine compassion and empathy towards others, irrespective of their backgrounds or circumstances. He has a unique ability to listen attentively and provide meaningful assistance, making everyone feel valued and heard.

Vincent's altruistic nature extends beyond his inner circle as well. He actively seeks out opportunities to volunteer and contribute to various community initiatives, always ready to make a difference. Whether it's participating in local charity events, mentoring aspiring young minds, or supporting those less fortunate, Vincent's selflessness is an embodiment of goodness in action.

In conclusion, I firmly believe that Vincent Brown exemplifies the very essence of goodness and is a person of remarkable character. His genuine kindness, willingness to help, and commitment to his family and community make him an exceptional individual deserving of the utmost respect and admiration.

If you have any further questions or require additional information about Vincent, please do not hesitate to contact me.

Sincerely,

Isaac Liebes
Managing Director
Green Light Energy Conservation
585 Prospect St
Lakewood, NJ, 08701








www.greenlightec.com

David Lyons
112 Grove Ave
Royal Oak MI 48067

August 1, 2023

To the Honorable Judge Jane Beckering,

My name is David Lyons and I am writing this on behalf of Vincent Brown. Vince and I have been good friends for around a decade. During this time, we have grown very close as friends and I can confidently say that Vince has shown to be of a fine and responsible character. I have spent a significant amount of time with Mr. Brown and this offense came as quite a surprise to me.

I believe this offense was extremely out of character for Mr. Brown and from what I have seen since this event happened, he has shown extreme remorse for his actions. Throughout our friendship I have seen Vince grow significantly as a person. From starting his own company, getting married, having a child, etc. Vince has definitely matured over these years. Personally, he has referred business to me without asking for anything in return. He also offered to provide me with a loan when I was starting my business just to make sure that I had a good foot to stand on. I did not end up needing the loan but the fact that he offered and didn't even ask for much in return, I believe, speaks volumes on how he cares for his friends and wants them to succeed. Regarding his family, I actually have known his wife for longer than I've know him. I know that there were some up and downs in their relationship, as most have, but one thing I know for certain is that he would do anything for Miko and the rest of his family. I know that he paid off his parent's mortgage and has spent a significant amount of time with them and his brother and nephew which shows me how much he cares for them.

Overall, I know that Mr. Brown knows how much this event is life-changing and has shown a resolute demeanor in moving past this mistake in a constructive and successful manner. I hope this letter regarding Mr. Brown will have a positive impact and contributing factor when the court considers this manner.

Sincerely,

David Lyons

The Honorable Jane M Beckering
602 Federal Bldg. 110 Michigan St. NW
Grand Rapids, MI 49503

Re: Character Reference for Vincent Brown
Dear Judge Beckering,

I hope this letter finds you in good health and spirits. I am writing to offer my sincere and unwavering support for Vincent Brown, who is currently facing a legal matter before your esteemed court.

I have had the privilege of knowing Vince for several years, initially as a business colleague and later as a dear friend. From our very first interactions, it became evident that Vince was more than just a professional contact; he was someone who embraced friendship as a core value in his life. His willingness to welcome me into his world extended far beyond the confines of our business endeavors.

One of the things that truly stands out about Vince is his dedication to helping others succeed. He went above and beyond to connect me with key stakeholders in our industry, facilitating opportunities that greatly impacted my career. Our shared love for golf further solidified our friendship, and Vince generously devoted his time, amidst his busy schedule, to help me improve my game. His patience, encouragement, and commitment to my progress were truly remarkable.

In the realm of business, Vince is the embodiment of transparency and honesty. His integrity in conducting business affairs is beyond reproach, setting a high standard for all who have the privilege of working with him. Over the years, I have witnessed Vince's growth into an influential and impactful member of our community, contributing not only to our industry's success but also to the betterment of the lives of those around him.

Perhaps most importantly, Vince's devotion to his family and friends is unparalleled. His unwavering commitment to his wife and his boundless love for his new daughter are a testament to the kind of person he is – one who prioritizes the well-being and happiness of his loved ones above all else.

In conclusion, I respectfully urge Your Honor to consider Vince's character, his genuine commitment to friendship, his impeccable business ethics, and his invaluable contributions to our community when making your decision. I firmly believe that Vincent Brown is a man of great honor and integrity, and I have the utmost confidence in his ability to continue being a positive force in our society.

Thank you for your time and consideration.

Sincerely,

Matthew Marziali




CASSANDRA KELLER

**The Honorable Jane M Beckering**

602 Federal Bldg. 110 Michigan St. NW Grand Rapids, MI 49503

Re: Character Letter for Vince Brown

Dear Judge Beckering,

I am writing to express my wholehearted support for my friend, Vince Brown, and to provide some insight into the remarkable person he is. I believe it is important for you to know the kind of individual Vince is, as it reflects his character and integrity.

Vince Brown is nothing short of amazing when it comes to his willingness to help others. One instance that stands out in my mind is when he demonstrated exceptional kindness towards me and my beloved Great Dane, Winston. Vince didn't hesitate for a moment when I needed someone to take care of Winston, who is a large and slobbery dog. He graciously opened his new home to Winston, despite the inevitable fur shedding and drool marks on the walls that comes with having such a dog. This selfless act showcased Vince's understanding of how much Winston means to me and his boundless compassion.

Moreover, Vince's compassion extends beyond just friends and their pets. He extended a hand to a young man named John, who was living in my basement. Vince provided John with more affordable rent at one of his secondary homes, which was a lifeline for John, especially considering the arrival of his new baby. Vince's generosity not only alleviated financial stress but also ensured a safe and stable environment for John's family.

In addition to Vince's incredible acts of kindness, it's worth noting his unwavering dedication to his own family, particularly his wife, Meko, and their baby girl. Vince is an exceptional husband and father who goes above and beyond to support and cherish his family. He takes pride in being a loving and devoted spouse, always striving to create a nurturing and loving home environment for his entire family.

As a father, Vince's role in his daughter's life is truly impactful. He is not just present but deeply involved in her upbringing. He actively participates in her growth, learning, and development, ensuring that she is surrounded by love, care, and positive influences.




Meko and their daughter

family. His unwavering love, support, and dedication to their well-being are evident in every facet of his life. He balances his responsibilities with grace and integrity, setting an exemplary standard for family values especially in today's world.

Vince Brown consistently exemplifies the qualities of a caring, compassionate, and selfless individual, whether it's through his friendships, his community involvement, or his role as a husband and father. He is always ready to lend a helping hand and goes out of his way to make a positive impact on the lives of those around him.

In conclusion, I wholeheartedly vouch for Vince Brown's incredible character and his unwavering commitment to helping others, including his family—his wife, Meko, and their amazing little girl. I believe that his actions, as mentioned above, demonstrate the kind of person he is—someone who truly cares about the well-being of those in his life, both within and outside of his family.

Thank you for your time and consideration.

Sincerely,

**Cassandra Keller, MBA**
*Cassandra L. Keller, MBA*

4/11/23

Honorable Judge Jane M. Beckering
602 Federal Bldg 110 Michigan St.
NW Grand Rapids, MI 49503


Dear Honorable Judge Beckering,

My name is Besa McDonald, I am Vincent Brown's sister-in-law. Vincent and my older sister, Miko Brown, have been married for over a year now, and together have made me an aunt to their newborn, Leila. Their journey to marriage was a beautiful one, as they began as just friends in elementary school. As for myself, I have been lucky to know Vincent for 16 years now. I was overjoyed when he finally joined our family and became a brother that I never had.

Throughout the years, I have known Vincent to be a kind, compassionate, and loving individual. To be honest, I cannot think of a more caring person in my life than him, next to my beloved father who is no longer with us. He has always gone above and beyond for his loved ones and friends. He is the kind of person that you can call at any time of day, and can be assured that he will answer and try to help in any way possible. Through and through, Vincent values family above all else in life, and he makes this clear in his actions as a son, brother, husband, uncle, and of course, loving father. In fact, I am certain that this was one of the main qualities that drew my sister to him, and I believe it continues to be a driving force in their marriage. Adding to this, I was not at all surprised to see him seamlessly take on the role of Dad to his baby girl, who he shares a very special bond with. He takes the role of being a father seriously and is devoted to meeting her needs, both physically and emotionally.

I have also had the privilege of witnessing Vincent as an uncle to my one year old niece, Eliana. From the very first day that she was born, he shared such a genuine excitement to be around her. His ongoing effort to build a strong connection with her has been remarkable. In that same breath, I am expecting my first child in September, and I feel so fortunate that my son will also get to call him Uncle.

While I think Vincent's positive qualities and caring nature alone make him stand out from a crowd, I feel it is worth highlighting that he is also an extremely hardworking individual. Vincent is passionate about his career and has shown an unwavering dedication to his clients at his consulting company, which he has built from the ground up. Many times at our family gatherings, I've observed him quietly step away to respond to someone that needs his guidance or support. Yet still, despite the amount of time he has sacrificed for his work, he is very present when he is with family. And truth be told, our get-togethers are never quite the same if he is not

there with us. He simply has a way of lighting up a room and filling those around him with joy and positivity.

My family and I have been shocked and devastated by the news of the recent charge Vincent has been faced with. It brings me immense pain to think about the possibility of him not being here to create new memories with us when my son is born. Most importantly, however, the mere thought of him being separated from his own daughter and wife is one that is nearly unbearable. It is my sincerest hope that you will take into consideration all circumstances of the situation, Vincent's character, and his beloved wife and daughter when moving forward with his sentencing.

Thank you for taking the time to read through my letter.


Respectfully,

04/11/2023

Honorable Judge Jane M. Beckering
602 Federal Bldg 110 Michigan St.
NW Grand Rapids, MI 49503

Dear Honorable Judge Beckering,

My name is Daniel McDonald, and I am writing to you as Vincent Brown's brother-in-law. I feel
compelled to express my deep admiration and support for Vincent, a remarkable individual who
holds a very special place in my heart. The very thought of a potential separation from his
beloved wife, Miko, and their precious newborn, Leila, has been truly devastating.

Throughout the years, I have had the privilege of witnessing Vincent's unwavering love and
devotion to his friends and family. He is an exceptional father, cherishing every moment with his
daughter, Leila, and actively fostering a strong and nurturing bond. Vincent plays an
indispensable role in Leila's life, providing her with love, care, and a stable foundation. Vincent's
dedication to his wife is equally special. Their marriage is built on a foundation of friendship,
trust, and respect, which I have always admired.

As Vincent's brother-in-law and friend of many years, I have come to know him as a person of
utmost integrity, compassion, and kindness. Vincent selflessly extends a helping hand to others,
offering help in any way that he can. He lights up any room that he is in and brings a warm
energy to others. Whenever we spend time together, I find myself simply feeling happy and at
ease.

Although I recognize the gravity of the situation at hand, I respectfully urge you to consider who
Vincent is as a person, his genuine love for his daughter and wife, and his responsible and caring
nature. His absence would leave an unspeakable void in their lives.

I sincerely appreciate you taking this letter into consideration in Vincent's sentencing.


Respectfully,

September 6, 2023

Honorable Judge Jane M. Beckering
602 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

Honorable Judge Jane M. Beckering,

I met Vince back in March, 2018. I was referred to Vince by an attorney friend who knew I was interested in entering the Michigan cannabis industry. At that time, I knew absolutely nothing about the cannabis industry. However, I was a lifetime entrepreneur who had spent 30 years building businesses throughout Michigan. At that time, Vince was in the early stages of his consulting career. I made the decision to retain Vince and his firm. It didn't take long for Vince and I to become very close friends. Over the years  I developed a great deal of respect, admiration, and love for this man. In it's simplest terms, Vince is a selfless man who will run through brick walls for his family and his friends. He certainly has for me.

I reflect upon the time a few years back,  I was at his house, and I walked in the family room and saw this really cool electric car for children. It was a little Red Corvette.... Just like the one Prince sang about! Vince had no children back then.  I had no idea why there was a little red Corvette in his living room! When I asked Vince,  he told me the car was for his three year old nephews birthday.  As a side bar, when I was in my late 20's as Vince was at the time, I would've driven to Meijer, ran in and picked up a stuffed animal or a couple of hot wheels and been good to go! Not Vince.... He was so thoughtful and generous he wanted to give his nephew a gift, and the experience that he would remember forever.   Vince had the biggest smile on his face when he told me how excited he was to see the joy on his nephews face when seeing him opening that amazing gift and driving it around the yard and  the house!


And the story gets better. Not only was Vince the sweetest and most thoughtful uncle. He took it to the next level as he was the host for the family birthday celebration for his nephew. Once again, most guys in their late 20s are pretty much just thinking about themselves and having fun. Not Vince.... For him, it was about his family first.  I truly admire him for that quality, among many others.... I also know Vince has provided financial support for his parents as well as his brother. I don't know many people in their late 20s that always puts others needs in front of their own. Vince is that guy. I am honored to have him as a friend.


In my experience with Vince, he was very instrumental in my career. He helped me network with other business professionals in our industry.  As a tireless worker, he picked up my calls anytime between 7 AM and 11 PM. Whenever I needed help, it always seemed Vince was there to take my call and help me anyway he could.  His maturity and commitment to serve others is well beyond his age.

In reflecting upon the legal situation that Vince is dealing with now, Vince told me he made a mistake.  I can understand, but not justify the mistake he made. Given the circumstances, Vinces naïveté at the time, and his desire to serve his superiors and his clients, he made that poor decision. As most everyone in our industry is aware, Vince and his reputation has taken a big hit in the media. I totally understand. And perhaps it is justified. This is something that he will never recover from and I truly feel for him. In my view, this one poor decision does not make Vince a bad person.  In contrast, it's a life lesson, that Vince has great remorse for. And, most importantly, he owns this decision.


Vince has proven to me, through his selfless actions, hard work, and commitment to others first that he is a beautiful person, both inside and out. I've had the honor to have Vince as a great friend.  Vince is and has always been a charitable man.  Vince is an amazing father to sweet Leila.  He is a loyal and committed husband.


Vince is a special human.

I love the man.

My sincere hope is that the penalty Vince has paid over the past year is enough.

Respectfully,


Louis W. Meeks II

Leah Miller
518 N. Washington Ave.
Royal Oak, MI 48067

Sept. 4, 2023

The Honorable Judge Jane M. Beckering
602 Federal Bldg.
110 Michigan St. NW
Grand Rapids, MI 49503

The Honorable Judge Jane M. Beckering:

I am writing you regarding the character of Vincent Brown, an admirable family man, advocate of the community, role model for other professionals, and most importantly someone I have been proud to call a dear friend for almost fifteen years.

I was fortunate to meet Vincent through mutual friends during my time at Michigan State University. Vincent was part of a close-knit group of childhood friends who grew up in Royal Oak, many of which went on to attend Michigan State with me and remain extremely close as the years have passed and lives have changed. My most striking memories related to first getting to know Vincent surround his inclusivity and kindness, which has carried into the man he continues to be today. As one can imagine, a close-knit group of friends who have known one another since elementary school does not always feel the most welcoming to outsiders. As a shy, introverted and quite self-conscious twenty-year-old I remember questioning if I was wanted in this circle of new friends and not feeling like I fit in. It was Vincent (and his now wife, Miko), who went above and beyond to always extend the utmost kindness to me, to ensure I felt welcome and went out of their way to get to know me as a person, beyond just a friend of friend. It was that inclusivity that fostered the friendship with Vincent that became much deeper than just a social college friendship and would continue on for years to come.

As college concluded, I watched Vincent continue to grow as a person and professional. His character continued to shine through in who he was and all he did, with several examples that come to mind as I reflect while writing this letter. I vividly remember when along with Vincent's kindness, I also realized how selfless and generous he was. His now wife, Miko, experienced the tragic and sudden loss of her father the day before Thanksgiving in 2013. Miko and Vincent were not married nor even dating at this time, yet it was Vincent who reached out to me and my then boyfriend wanting to do something to ease Miko's pain, coordinating sending flowers to her and her family. As you read this letter, the task of sending flowers may seem simple, however, it exemplified so much more as to Vincent's character. At the time, Vincent would have only been twenty-three, however, he exemplified empathy far beyond men several times his age in his ability to recognize someone in pain and feeling called to do what he could to ease that burden. The generosity and selflessness he showed as a young man in extending that kindness to someone who he expected nothing from in return, as he and Miko were not yet in a relationship, was astounding to my twenty-three-year-old self.

From that point I could continue to see Vincent's character represented time and time again. His kindness would remain a constant and would continue to be present for all in his life, however, I also watched Vincent mature far beyond simply a kind young man. There was no one I knew who worked harder than Vincent. While we were all still in our young twenties, many did not want to give up the lifestyle of freedom that we had during our college years. We could be known to whine about a late night, working past five o'clock on a Friday. Vincent, on the other hand, exhibited work ethic far beyond his years. I remember-he was often out of town on weekends, in Lansing working, while others were relaxing on their day off or out on the town. Vincent would often miss social events due to this, but I never heard him complain. Instead, I would hear about him try to motivate others as he talked about the passion he had for his career and building up his business, all of which he did with nothing

handed to him. It was a quality I admired then, and wished I could exhibit more of, and still look to him as an example for to this day.

As our twenties went on, I would continue to grow closer to Vincent and become continuously blessed to have him in my life. His wife, Miko, had become one of my dearest friends. We went through many struggles and hardships side by side, and I would witness Vincent not only be there for Miko, but for me as well. In 2016, I tragically lost my older brother, only days after his thirtieth birthday. It left a hole in my heart that can never be replaced. However, despite that, having a friend like Vincent who did not hesitate to fill the "stand-in" older brother role would mean so much through the years. I remember Vincent always stepping up to be the dependable helper or trusted protector, in times when I would have leaned on my brother. If I was ever stranded on the side of the highway in the middle of the night, it has always been Miko and Vincent who I know  would pick up the phone, no matter the hour or ask, and rush without hesitation to support a friend. It's no surprise Vincent fills this role so easily, as it is who he has always been. He's a family man at his core. A dedicated and adored uncle, faithful son, and committed younger brother. I have witnessed his generosity and love  within his own family throughout the years and am grateful that I have been able to be a recipient of this as well.

The stories of Vincent's character could go on for pages, so I will end with who I also know that Vincent is now. I have watched him go from friend, uncle, son, and brother, to now loving husband and the most prized role of father to the sweetest almost one-year old baby girl, Leila. I had the great pleasure of being in Vincent and Miko's wedding in 2022, standing by their side as a witness to their love throughout the years. As Miko had become one of my best friends, I knew there was no better hands she could be in for the rest of her life, to care for and cherish her, and to bless her as a father to future children, than in Vincent's. He has only exceeded my expectations everyday thereafter. He has shined in his role as a father more than any role to date. I've watched as he continues to serve his community and works tirelessly to grow in his professional life to provide for his family's future, yet still makes time for what matters most, the time spent with his family. He shows up for his wife and daughter daily and am constantly amazed at the energy he devotes to this commitment. The light that shines from his heart whenever he speaks of them is indescribable. Of all roles in life one can take, from community advocate to revered professional, the role of a man to his family, especially daughter as she grows, is the most important role and one that cannot be replaced.

I understand Federal Sentencing Guidelines, although not mandatory, may provide the court with recommendations and certain sentences may be severe. I hope that you will consider this letter and testament to Vincent's character, integrity, and life thus far in determining his sentence. I have no doubt that Vincent will continue to make positive impacts within the community, and within his circle of family and friends, and I hope that will be considered. I appreciate your time in reading this letter, and if I can be of any more assistance regarding testifying to Vincent's character, I am more than willing to be available to do so.


Respectfully,



Leah Miller
(734) 377-4201
Leah.Miller.Ann@gmail.com

May 13th 2023

The Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

The Honorable Judge Jane M. Beckering:

My name is Jenny Pierce and this letter is being written on behalf of Vincent Brown's respectable character with hope for leniency regarding sentencing on the legal matter at hand.

I met Vince in 6th grade and have remained friends with him ever since. We have a large peer group who has stayed in close touch in Royal Oak since our elementary years. Vince stands out as one of the most successful and hardworking people in this group.

He is married to one of my very best friends, Miko Brown. It goes without saying how happy I am to know one of my closest friends is married to such a great person. I was lucky enough to stand up in their wedding last year and witness an abundance of love and support surrounding them.

Vince is kind and truly cares about people. He is supportive to his family and friends. He and Miko recently had a daughter, Leila, and he is a loving father and devoted husband.

Knowing Vince as long as I have, I can attest to his upstanding reputation in this community and I hope this letter will contribute in his favor.

Sincerely,

Jenny Pierce

Taurean Group, LLC
17515 W. Nine Mile Road, Suite 250
Southfield, Michigan 48075

Honorable Jane M. Beckering
United States District Judge
110 Michigan St NW
602 Federal Building
Grand Rapids, Michigan 49503

May 20. 2023

Dear Judge Beckering:

I am writing this letter on behalf of Vincent Browm. I am a former client of PABC Consulting. I retained their services to assist me in applying for a cannabis license in Michigan. I sought their expertise in helping me navigate the rules, laws and regulations that had just been enacted.

While working with them, it was very clear that Brian Pierce and Steve Linder were leading the charge and did almost all the talking/negotiating. When I first met with Brian, Vince was not even present. When I first met Vince, he was introduced as a junior member of the team who was there to learn the cannabis trade. He took notes more than he spoke. During the numerous meetings, I never felt comfortable with Brian Pierce or Steve Linder; they felt insincere and disingenuous. On the other hand, I found Mr. Brown to be sincere, reliable and fair when it came to dealings. Brian Pierce and Steve Linder were the exact opposite.  They seemed more interested in seeking donations and getting paid their retainer.

Vince truly went out of his way to work hard to help us and I he always dealt with us in a fair and honest manner. When I hired PABC, Vince was young and inexperienced but as time went on, he was a true asset.  After he left PABC and formed Artemis, I left PABC and retained Artemis.  In dealing with Vince when he formed Artemis, he always provided sound advice and there was no hint of impropriety. I have had no contact with Brian Pierce and Steve Linder in over 3-4 years. if not longer. The difference was very clear  and I couldn't be happier with how Vince represented my company and partners after he formed Artemis today  Based on experience with Vince, it appears to me that he was misled by partners more senior and sophisticated than he was. I was happy that he broke free and is excelled without them

Sincerely,

Andrew A Przekop

Justin M. Pyne, BSc, MD, FRCSC
2355 Thomas Ave, Unit 90
Dallas TX 75201
justinmpynemd@gmail.com
902-818-0846

September 10, 2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, Michigan 49503

Re: Character Reference for Vincent Brown

Dear Judge Beckering:

I am writing to provide a character reference for Mr. Vincent Brown. I understand that Vincent
is currently facing an unfortunate situation with the judicial system in the United States, and
I would like to offer my perspective on his character and the positive impact he has had on
his family and community. As a long-time practitioner in the medical field in both Canada and
the United States, I hope that my insight will be taken into consideration when determining
an appropriate sentence for him.

My privilege of knowing Vincent has extended for over six years, and throughout our friendship,
I have come to admire his unwavering commitment to his family. Vincent is a loving husband to
his wife, Miko, and a devoted father to their young daughter, Leila. It is evident that his family
means the world to him, and he consistently goes above and beyond to ensure their well-being and
happiness.

In my capacity as an Otolaryngologist – Head and Neck Surgeon, I have observed firsthand
the stress and demands that surface when balancing a demanding profession with family
life. Vincent, in his role as a dedicated husband and father, has managed to strike a remarkable
balance between his career and his responsibility at home. He has always been there to support
Miko emotionally and to actively participate in their daughter's upbringing, despite the demanding
nature of his work. His strong sense of responsibility and love for his family is truly commendable.

Vincent is not only a loving husband and father but also a compassionate and considerate friend.
He has always been ready to lend a helping hand to those in need, and his generosity knows no
bounds. Throughout my medical training, I made two cross continental trips, both times travelling
through Detroit. Vincent offered his home to my travel partner and I on multiple occasions without
my asking, as if we were members of his own family. Further to this, I have witnessed Vincent
contribute his time and resources to charitable causes and volunteer his services to underserved

communities in his area. This has been well demonstrated by his work with various charitable groups, such as Corner Shower and Laundry, FirstTee Greater Detroit, and Ronald McDonald House to name a few. He genuinely cares about making a positive impact on the lives of others.

I believe that Vincent's recent legal troubles do not define his character in its entirety. Instead, they reflect an uncharacteristic lapse in judgment. I have faith in his ability to learn from this experience and become a better, more responsible individual. He has a bright future ahead, and I sincerely hope that he will be given the opportunity to make amends and continue being a loving and responsible husband and father. I firmly believe that he is genuinely remorseful for any mistakes he made and that he is committed to making amends. His strong sense of family and community ties make him a valuable member of society, and I believe he has the potential to continue contributing positively once his legal issues are resolved.

In closing, I would like to emphasize that Vincent Brown is a man of integrity, with a strong sense of family and community. His dedication to his loved ones and his unwavering commitment to doing good in the world are qualities that I try to emulate as I grow with a family of my own. I believe that a second chance will allow him to learn from his mistakes further prove his worth as a loving father, a devoted husband, and a responsible citizen. Vincent's family and community would greatly benefit from his continued presence and support. I kindly request that you take these factors into account when considering an appropriate sentence for Vincent. Thank you for your time and consideration.

Sincerely,

Justin M. Pyne, BSc., MD, FRCSC

4/10/2023
Albiona Rakipi
Assistant Director and SLP, Kaufman Children's Center
17306 Doris Street, Livonia, MI 48152
Cell Phone: 734-536-4219

Honorable Judge Jane M. Beckering
602 Federal Building
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Honorable Judge Beckering

My name is Albiona Rakipi, and I want to share my experience and time spent with Vincent Brown. Before I explain more about how I came to know Vincent and how he has enriched our lives, let me start by saying he is a person I revere greatly and hold in very high regard.

I am the cousin of Vincent's wife, Miko. Miko, to me, is the equivalent of a younger sister. She is someone I have had a close relationship with and have felt protective over, as any older sibling would. When Miko began dating Vincent, my protective self wanted to find things wrong with him. My cousin Miko has endured enough heartache in her life, and I was adamant that she would find someone who would care for her in the way she deserved. To say it simply, myself and Miko's family were a tough crowd to win over.

Throughout the years, we saw how kind and respectful Vincent was, not just to Miko but to our family. He embraced her Albanian culture and remained curious about traditions. From the beginning, Vincent's selflessness stood out. He always wanted to ensure Mko was happy. He was honorable and respectful in all situations.

When the time came for Vincent to ask Miko to marry him, he asked her family first, a long held tradition in our Albanian culture. Though we wanted to find something wrong with Vincent, we quickly realized this was impossible.

I realized that Vincent is kind, trustworthy, respectful and generous. He is committed to his family, and he is always considering the needs of others. Fast forward to today, and watching Vincent as a father has been remarkable. He is joyful and present, and it is clear that his wife and daughter are his greatest priority.

We are grateful to have Vincent in our lives and to call him family. I couldn't have picked a better husband for Miko or father for Leila. Thank you for taking the time to read this letter.

Sincerely,

Albiona Rakipi



# SCOTT F. ROBERTS

SCOTT F. ROBERTS LAW, PLC
500 TEMPLE STREET, SUITE 2M

TELEPHONE: (248) 234-4060
FACSIMILE: (248) 355-3103
SCOTT@SCOTTROBERTSLAW.COM

April 6th, 2023

**RE: Vincent Brown's Character**

Dear Judge Beckering,

My name is Scott Roberts. I am the managing partner of a law firm that focuses on the cannabis industry and I have known Vincent ("Vinnie") Brown for approximately four years. We worked together with a number of clients in the cannabis industry over the years, and in the course of such work, we struck up a friendship that continues to this day. I've always found him to be an honest, generous, and upfront person, three qualities I particularly appreciate.

I understand that Vinnie was caught up in the investigation into the Marijuana Licensing Board. I recall the early days of the licensing board, when I was first starting out as a cannabis lawyer. While I am not making any excuses for his actions, I certainly understand the predicament he was in as a lobbyist who was hired by companies to shepherd their application through the licensing process and the pressure he must have felt to get results for them. I do not believe these actions are a reflection of his character, but instead are out of character of the person I know.

The Vinnie I know was and is a kind and generous person who gave back to his community. His charitable work would put most to shame, including myself. He gave pro bono help to my friend's adult foster care center, he raised money for the Children's Foundation, he volunteered at the Ronald McDonald House of Detroit, just to name a few examples. I know that this is probably a small smattering of his charitable work, as he was never one to brag about his charitable accomplishments.

When he got engaged, we talked about how he wanted to start his own family and I was excited for him when he told me his wife was pregnant. Vinnie is recently married and like me is starting a family of his own, with him and his wife recently giving birth to their first child. I know Vinnie will make an excellent father if given the opportunity to do so. I worry not that these charges will derail his career as a lobbyist, but that they would keep him from being the best father and husband that he can be and I know he wants to be. As a father of a young child myself, I humbly request that he is given the opportunity to be the best possible husband and father for his wife and child that he is capable of being.

Sincerely,

Scott F. Roberts, Esq,

April 6, 2023

Judge Jane M. Beckering

602 Federal Bldg

101 Michigan St. NW

Grand Rapids, MI 49503

Dear Honorable Judge,

My name is Matthew Rosenbach and I am writing this letter to provide a more comprehensive insight into the character of Vincent Brown, whom I have known for 18 years. Vince and I played high school football together, we were roommates at Central Michigan University for 3 years, and we continue to maintain a close friendship today.

I am writing this letter to express my respect for the court's decision, but also to provide a more complete picture of Vincent as a person. I would like to testify that he is a loyal, trustworthy, and dependable friend who has always been there for me when I needed him. He has consistently shown his dedication and leadership skills, such as when he would travel to Lansing multiple times a month during college for his internship at the Capitol.

Furthermore, I have always admired Vincent's work ethic and positive attitude. He has been a great inspiration to me, and his perseverance in achieving his goals is truly admirable. He is an amazing husband, father, and friend and I have no doubt he will continue to be a great asset to society, given the chance.

In closing, I would like to express my gratitude to the court for considering my letter. I strongly believe that Vincent's exemplary history should be considered, and I respectfully ask that the court consider leniency in his sentencing. Thank you for your attention to this matter.

Sincerely,

Matthew Rosenbach

Senior Digital Designer, Ansira

Salvadar Sacasa
821 Marketing
2984 SW 156th Place
Miami, FL 33185

June 21,2023

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering,

I had the pleasure of working with Vincent Brown for around 6 years in a few different professional capacities.  I have worked with many bright, young driven professionals, but Vincent's talent, knowledge and skills stand out among anyone that I have ever worked with. I remain impressed with his driven work ethic and ability to thrive in any situation that he puts himself into.

During the time that I have worked with Vincent, his skills and understanding of our company's brand and mission has helped our company progress more than we would have without his assistance.

I had the pleasure of meeting Vincent through a colleague of mine whom had worked with him for some time. I was immediately interested in working with him, he has a very genuine,

and likeable personality.  Vincent is humble and always willing to help, even when he isn't benefiting. Truly a really great guy.

Please do not hesitate to contact me if you need more information or would like to discuss any of my experiences with Mr. Brown. You can reach me at 305-305-3656, or by email at Sacasa821@gmail.com.

Sincerely,

Salvador Sacasa
President, 821 Marketing

Christopher Snooks
4222 S Verona Cir
Royal Oak, MI 48073

8/18/2023

Honorable Judge Jane M. Beckering
602 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI. 49503

Dear Honorable Judge Jane M. Beckering,

I am writing this letter to provide my perspective on the character of Vincent Brown, whom I have known for many years in the capacity of a friend and sometimes colleague. I understand that Vincent Brown is currently facing legal proceedings, and I hope that this letter will assist the court in understanding his character and the positive impact they have had on our community.

I have found Vincent Brown to be a person of integrity, responsibility, and compassion. He has always shown a willingness to help others, often going above and beyond to lend a hand. He consistently demonstrates a strong commitment to his family, friends and community. For example, his elderly neighbor a couple of blocks away has the paper delivered every day. It is usually, thrown onto the lawn aways away from the door, where the infirmed widow can't walk to. Vince makes a trip out of his way to make sure the woman is able to do her cross-word puzzle. No one knows this, but I happen to be friends with the woman's daughter. He's been doing this for a couple of years.

Throughout our friendship I have witnessed Vincent Brown display a strong work ethic and a dedication to personal growth. He has exhibited a genuine desire to learn from his experiences and has worked diligently to overcome challenges. His positive attitude and determination have been an inspiration to those around him.

In my interactions with Vincent Brown, I have come to know him as a responsible and law-abiding individual. He has always conducted himself in a respectful manner, treating others with kindness and empathy. I firmly believe that Vincent Brown is committed to making amends for any mistakes he may have made and is dedicated to becoming a better person.

I kindly request that the court take into consideration Vincent Brown's character, values and contributions to the community when making a decision in the case. I am confident that he has the potential to continue positively impacting society and loved one's.

Thank you for your time and consideration. I plead the court not let a single incident in Vincent's Brown's life effect his newly born child and marriage. I know he knows what he did was wrong and believe he has been trying to make up for it ever since. Thank you for the chance to share my thoughts on Vincent Brown and his character.

Sincerely,
Christopher Snooks
Enclosure: Character Reference Letter

August 23, 2023

The Honorable Jane M. Beckering
602 Federal Building,
110 Michigan St. NW
Grand Rapids, MI 49503

**Re:    Letter of Support and Recommendation concerning Vincent Brown**

Dear Judge Beckering:

  In in response to recent events, I write to express my support for Vincent Brown based upon my personal knowledge of his character and my belief in his future value to society at large. I first met Vincent in mid-2020 when his firm, Artemis Consulting, began working for my then-current employer, a licensed, vertically-integrated cannabis company operating pursuant to the laws of the States of Michigan and Massachusetts. Vince was charismatic, engaging and always in high spirits. He brought a sense of levity and hope into every situation and it was obvious that people enjoyed being around him and probably always had. On a personal level, I immediately wanted to be Vince's friend and today, am lucky enough to say that is in fact the case. I hold the honor (I am told) of being the last person Vince spoke to before his daughter was recently born, and I hope to remain an important part of his personal life, and he of mine, long into the future.

  I did not know Vince during the occurrence of events which have now, years later, resulted in his current legal troubles. Professionally, that is not the Vincent I know. The Vincent I know was an anchoring force in Michigan's licenses cannabis business community. He knew everyone, and everyone knew and respected him. The extent to which he, as such a young man (relatively speaking), had earned the respect of the Governor and her administration, the leaders of the Michigan Cannabis Regulatory Agency, the leaders of every major Michigan cannabis industry trade group, and the vast majority of operators in the state – was awe-inspiring. Vincent has had a major, positive, impact upon the development of the Michigan cannabis industry's social policy and regulatory structure. The work that I have personally witnessed him do has greatly improved the integrity, functionality and health of that business environment. I do not believe that his standing and effectiveness as a business professional from the time I have known Vince resulted from anything other than the fact that he is a good and special person who shines very brightly. It would be a shame to extinguish that shine permanently over what I understand to be a patch of poor decisions made by a prior version of my friend Vince. I hope the judiciary takes that sentiment into consideration when adjudicating his current pending legal issue.

        Sincerely,

        *Ben Sobczak*

        Benjamin M. Sobczak, Esq.
        Council Member for the State Bar of Michigan Cannabis Legal Section

August 29, 2023

The Honorable Jane M Beckering
602 Federal Bldg.
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Beckering,

I would like to graciously submit this character reference letter for my friend Vincent Brown. I have known Vince since 2018 and consider him a great friend and better person. I would like to provide three examples that bring out Vince's character, earnestness, and genuine care for those around him.

I met Vince shortly after I moved from Chicago, Illinois to Royal Oak, Michigan. I did not know many people upon the move, and Vince was one of the first people I met. His immediate excitement to help me feel welcome, at ease, and included was something I had never experienced before. Every interaction I had with Vince would result in a deeper friendship, and a broader friend group continuing to help me feel at home. Vince went out of his way to include me in get togethers with friends and family. He did not have to – but his incredible kindness and genuine care for me was evident. I am tremendously lucky to have met Vince early upon my arrival to Michigan.

When COVID hit, rationally, our friend group took a back seat to everyone's safety. We had a routine of seeing each other often, but that changed immediately. I remember Vince taking the lead to check in on everyone and their families. Time is ones most valuable gift, and during the crazy time, he would Facetime or call, simply to check in. Vince's time was spent ensuring others were doing okay. His calls were genuine and compassionate. He helped organize a virtual get together for our friends to keep us connected and, once restrictions allowed, spearheaded a socially distanced get together so we all could reconnect. It seems simple, but his level of engagement to keep our friend group close was inspiring and a testament to him as an individual.

Finally, I had the privilege of seeing Vince become a father, and the level of pure joy, humility, and love I observed from him was amazing. His family is his world, and to see him with his daughter and wife embodies who he is as person. Loving, energetic, and deeply thoughtful.

I am proud to have a friend who values those around him as much as Vince does. I am lucky to consider him a close friend, and I have full confidence whoever interacts with him will leave with the same conclusions about his values, personality, and integrity as I have.

In the event you need any further information regarding Vince and this letter, please do not hesitate to contact me.

All my Best,

*Evan Stephens*

Evan Stephens

Kimberly Timmington
707 S. Gainsborough Ave
Royal Oak, MI 48067
249.990.0930

4/21/2023

Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Honorable Judge Beckering,

My name is Kimberly Timmington. I have known Vincent Brown since middle school, in the year of 2000. Not only did I have the pleasure of going to middle school with him, but I've had the pleasure to attend high school and college with him, too. My friendship with Vincent really grew in high school and continues to this day.

Vincent and I both grew up in Royal Oak, Michigan. He comes from an amazing middle class family who was and is known for their hospitality. In high school, I spent many days at Vincent's house. I have very fond memories of going up north with him and his family, too. Vincent's family has always cared about their loved ones- and that same care and love for other people has been instilled into Vincent.

Vincent is the type of man who goes above and beyond for his family and friends. Something that has always stuck out to me about Vincent is that for years now, he has been caring for his elderly grandmother. When there is a need from family or friends, Vincent is there to help without a doubt.

Vincent's friendship has and always will be a blessing to me and many, many others. He is kind, gentle, humble, hardworking, dedicated, and generous.  He has worked hard to build his company and make it successful. Even more important than that, he works hard to be a committed and loving husband and father. His wife, Miko, and daughter, Leila, have and always will be his top priority aside from everything else.

I kindly ask that you please take his background and family into consideration. Vincent is extremely remorseful and devastated by the unfortunate acquaintances he had for a short period of time. His absence would be a hardship on Miko and Leila. Vincent and Miko are truly the kindest people and couple I know. They bring so much light and life to their friends, family, and community.

Please feel free to contact me if there are any questions or concerns. Thank you for your time and consideration.

Sincerely,

Kimberly Timmington

6/16/23

Alex Tuszynski
2069 Browning St
Ferndale, MI 48220
(248) 953-6296
ATuszynski14@gmail.com

Honorable Jane M. Beckering
United States District Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

My name is Alex Tuszynski and I have known Vince Brown for about 7 years now. My wife has known Vince and his Wife, Miko since high school, meaning we have had the pleasure of celebrating our engagement, wedding and many more events with Vince. Additionally, Vince's daughter was born just a couple weeks after our daughter, allowing us to share some of the early parenthood moments together.

I would not describe us as best friends in any way, but I have spent enough time with Vince to have a good understanding of the type of person that he is. The first time I met him, it was among a few other people, most of which I didn't know. Vince went out of his way to make me feel comfortable in this new environment. From that moment on, all my experiences with Vince have always proved him to be kind and truthful to me and my wife and everyone that I see him interact with.

The birth of Vince's daughter, Leila, has also added to his loving personality. Leila and Miko are the center of his world, and it is obvious how great a father he is and how much he cares for both of them. My wife and I look forward to being able to raise our daughters together with Vince and Miko.

I hope my letter brings insight into Vince's character and that you please consider this when making your decision.

Respectfully,

Alex Tuszynski

6/10/23

Gina Tuszynski
2069 Browning St
Ferndale, MI 48220
(248) 703-2351
Schumaker.gina6@gmail.com


Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

My name is Gina Tuszynski and I have known Vince Brown and his Wife Miko since high school. Over the years I have become best friends with his wife Miko and because of this, close friends with Vince as well. My husband and I have shared all our life events such as our engagement, wedding, and baby shower with Vince and Miko because their friendships are so important to us. Since growing a friendship with Vince these past years, it has become very apparent what a genuinely giving, caring and respectful person he is. He is the type of person that would drop what he is doing to lend a hand or be there for you if you needed anything. He recently became a dad to his first daughter this past December making our kids a month apart. His daughter, Leila, has only added to his caring and loving sense of character. We are eager and excited to raise our daughter alongside Vince and Miko's daughter, Leila, and look forward to having him and his family be a part of our lives.

I understand the federal sentencing guide and the severity of these sentences. I ask that you consider this letter of character and hope that my letter will impact and help lessen his sentencing. Thank you for reading this letter.


Respectfully,

Gina Tuszynski

Bryan M. Wickersham
57408 Stonebriar Drive
Washington Township, MI 48094
(586) 855-2981
bryanwickersham@gmail.com

April 7, 2023

Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Beckering,

My name is Bryan Wickersham and I serve as Chief Development Officer and Board Member for Emerald
Growth Partners. Additionally, I serve as Vice-Chair and Board Member for Trinity Community Care, a
501(c)(3) non-profit organization. I am aware and recognize that Vincent Brown has pled guilty to
conspiracy to commit bribery, yet I write to you in his support to ask for leniency in sentencing.

I have known Vince in both a professional and personal capacity since August 2020. It's not often that
you meet someone in a professional setting that almost immediately evolves into a personal friendship,
but that's what happened between Vince and I. His respect and loyalty to family, his servant leadership
to the community, and his passion for helping others mirrored my own values and way of life.
Throughout our friendship, I've had the honor of seeing Vince wed his wife, Miko, and give birth to their
beautiful daughter, Leila. I vividly recall discussing with Vince his excitement of becoming a father, as I
have two of my own, just nights before she headed into labor.

As a community servant, Vince has asked me numerous times how he can assist with Trinity Community
Care. While our efforts are specialized, he has worked to connect us with additional dental volunteers
through his wife Miko's network, as she's in that profession. Additionally, the number of fundraisers
Vince supports that I've received invites to is countless. He is a known member of his community for the
good that he provides. Through work, at home, or in free time, Vince's true passion is helping and
supporting others, I truly believe that is what fulfills him.

I again urge you to consider leniency in sentencing. Any incarceration for Vince would be extremely
detrimental to his family and their future. Not only does Vince financially support Miko and Leila, but
his extended family rely on his support as well. Incarceration in this instance creates a significant
domino effect that will take well beyond the time served to ever overcome. I trust and fully believe that
Vince has learned from the mistakes that he has made and a brief lapse in judgment should not cast the
full picture of this man. Please don't hesitate to contact me to validate any of the above or discuss
further.

Thank you,

*Bryan M. Wickersham*   4/7/23

July 16, 2023
Michael J Wojtkowicz
2117 Lloyd Ave
Royal Oak, MI 48073

Honorable Jane M. Beckering
United States District Court Judge
United States District Court for the Western District of Michigan
110 Michigan St. NW
602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

My name is Michael Wojtkowicz and I am Vince's brother-in-law, made official through his
marriage in 2022. Along with the rest of our family, I was fortunate to get to know Vince a few
years ago and feel the utmost confidence in vouching for his character today. He is a man
uniquely committed to fatherhood, family and community.

In describing Vince's nature, his outgoingness cannot be understated. I recall one moment that
happened a short time after meeting him, when our shared side of the family took a summer
vacation together to a cottage "Up North"– this is where, upon Vince's arrival, his first action
was to fully stock the kitchen with enough food for everyone on the trip. Now this may have
been a simple gesture, but it ensured the best family memories from that trip happened all
together, into the night, and under one roof.

A more recent example was in 2022, when my wife and I took our then one-year-old daughter,
Eliana, to a city-sponsored outdoor Halloween event where Vince was a volunteer. Eliana was
thrilled to see "Uncle Vince" stopping in his tracks and going out of his way to make sure she
got the best candy and put a smile on her face. I was impressed to see Vince doing his part to
ensure the event ran smoothly through grassroot involvement in his Royal Oak community. I
believe both Vince's small-scale commitment here and his broader involvement in various city
groups/councils is something most people, including myself, would do best to aspire to. I believe
it also sets a wonderful example for my daughter to see.

Since becoming a father to his beautiful, ever-smiling daughter Leila earlier this year, it has been
impressive to watch Vince so naturally fit into this new and most important role. All of his
innate qualities lend to a father who is patient, helpful, doting and ever-so-happy to be anywhere
near his daughter. Together with his wife (my sister-in-law) Miko, their young family unit shines
especially bright– a reflection of two wonderful, outgoing and committed parents. They are the

*real deal*, and I am so happy to have them as part of our family's lives. We are better, and closer, for it.

Understanding that his sentence is to be determined, I please ask that you consider a lesser, appropriate ruling for Vince most reflective of his involvement in the case. He is at such a pivotal, wonderful moment in his life. He is an asset to his community and irreplaceable as a husband and young father.

Thank you for your time in reading this letter.

Respectfully,

Michael J Wojtkowicz

July 16, 2023

Michael J Wojtkowicz
2117 Lloyd Ave
Royal Oak, MI 48073

Honorable Judge Jane M. Beckering
602 Federal Bldg
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Honorable Judge Jane M. Beckering,

My name is Michael Wojtkowicz and I am Vince's brother-in-law, made official through his marriage in 2022. Along with the rest of our family, I was fortunate to get to know Vince a few years ago and feel the utmost confidence in vouching for his character today. He is a man uniquely committed to fatherhood, family and community.

In describing Vince's nature, his outgoingness cannot be understated. I recall one moment that happened a short time after meeting him, when our shared side of the family took a summer vacation together to a cottage "Up North"– this is where, upon Vince's arrival, his first action was to fully stock the kitchen with enough food for everyone on the trip. Now this may have been a simple gesture, but it ensured the best family memories from that trip happened all together, into the night, and under one roof.

A more recent example was in 2022, when my wife and I took our then one-year-old daughter, Eliana, to a city-sponsored outdoor Halloween event where Vince was a volunteer. Eliana was thrilled to see "Uncle Vince" stopping in his tracks and going out of his way to make sure she got the best candy and put a smile on her face. I was impressed to see Vince doing his part to ensure the event ran smoothly through grassroot involvement in his Royal Oak community. I believe both Vince's small-scale commitment here and his broader involvement in various city groups/councils is something most people, including myself, would do best to aspire to. I believe it also sets a wonderful example for my daughter to see.

Since becoming a father to his beautiful, ever-smiling daughter Leila earlier this year, it has been impressive to watch Vince so naturally fit into this new and most important role. All of his innate qualities lend to a father who is patient, helpful, doting and ever-so-happy to be anywhere near his daughter. Together with his wife (my sister-in-law) Miko, their young family unit shines especially bright– a reflection of two wonderful, outgoing and committed parents. They are the *real deal*, and I am so happy to have them as part of our family's lives. We are better, and closer, for it.

Understanding that his sentence is to be determined, I please ask that you consider a lesser, appropriate ruling for Vince most reflective of his involvement in the case. He is at such a pivotal, wonderful moment in his life. He is an asset to his community and irreplaceable as a husband and young father.

Thank you for your time in reading this letter.

Respectfully,

Michael J Wojtkowicz

Teuta Wojtkowicz
2117 Lloyd Ave
Royal Oak, MI 48073

June 10, 2023

Honorable Jane M. Beckering
United States District Court Judge
United State District Court for the Western District of Michigan
110 Michigan St. NW
 602 Federal Building
Grand Rapids, MI 49503

Dear Judge Beckering:

My name is Teuta Wojtkowicz and I am Vince's sister-in-law. Ever since welcoming Vince into our family, it has been nothing but a pleasure having him around. He fit right in with our family and we truly feel like we have known him forever. Vince is a family oriented person who deeply values his relationships with his loved ones. Any time my husband and I have a project at the house, he is always the first person to offer a helping hand, with absolute sincerity. Vince just has a natural, effortless desire to take care of people. We have seen many other examples of this throughout the years. Several times he has taken initiative to get the family together so we can all spend time with one another. Other times he has stopped by our house just to see our daughter, Eliana. It is not unusual for Vince to purchase Eliana gifts for no particular occasion– just something he came across and thought she might like. A few years back, he had purchased her a new outfit and forgot to bring it to a family gathering so he drove all the way home to get it for her. Vince was also the first person to pick up on Eliana's first word, "mama." It is very special to see the bond he has created with our daughter, which started even before he became a father himself. It usually takes becoming a father for a man to truly learn the beauty of children, but this was not the case with Vince. He was this way even before his beautiful, smiley daughter Leila came into the world.

Aside from being a loving uncle and brother-in-law, Vince has grown to become a doting father and husband as well. It has been a joy watching him raise his daughter, Leila. He is so proud to be her father and he absolutely lights up when speaking about her. All of his love for Leila is reciprocated in the way she constantly beams at him, smiling at everything he does. Vince takes a very active role in caring for her too, whether it's middle of the night feedings or diaper changes, he always takes initiative to help. As both husband and new father, Vince is willing and able to support my sister at every instance and I am so appreciative of that.

With that said, I understand that certain sentences may be severe and I am hopeful that a lesser sentence will be considered for Vince. It would be very detrimental to this young family to separate them at this time in their life, especially considering his daughter, Leila, is now seven months old. Please find it in your heart to take these words into consideration. I truly appreciate your time in reading this letter.

Respectfully,
Teuta Wojtkowicz

8/15/2023
The Honorable Jane M. Beckering
602 Federal Bldg
110 Michigan St NW
Grand Rapids, MI, 49503

Dear Judge Beckering,

My name is Jacob Yates and I have known Vince Brown since we were high school classmates together at Royal Oak High School in 2006. A friendship formed readily and effortlessly through football and shared classes. Upon graduation we were roommates together in undergrad at Central Michigan University for 3 years where he majored in Political Science. He is not someone that takes shortcuts in life. He has worked tirelessly and without relent to ascend to a point of respect within the lobbying community. During our junior and senior year of college at Central he would drive to Lansing multiple times a week for an unpaid internship at the capitol knowing that it would pay dividends for himself and his family down the road. Upon graduation from Central Michigan, he was able to raise money for a scholarship for another student in need.

Throughout that time and the years to follow I have known Vince to be amongst the most loyal, benevolent, generous, and trustworthy of my friends. We have both had the honor of being groomsman in each other's weddings. In any time of self-doubt or uncertainty I could count on Vince to give me sage advice and guidance. Vince has always conducted himself with the utmost integrity as a member of society, student, and businessman. He is someone that I trust to the utmost degree, and I know in my time of need I would have zero hesitation in asking Vince for assistance. He is a doting father to his newborn daughter Leila and a loving husband to his wife Miko. I am honored to be considered a close friend of his.

I know the Federal Sentencing Guidelines, although not mandatory, provide the court with recommendations, and I realize how significant the possible sentences could be. I hope that you will find Vince's life and work to warrant a low sentence. Thank you for taking the time to read this letter.

Respectfully,

Jacob Yates