UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT TYLER BROWN,

    Defendant.
_____/

Case No. 1:23-cr-40-4

HON. JANE M. BECKERING

## ORDER

This Court sentenced Defendant Vincent Tyler Brown on October 18, 2023.  Pursuant to the Court's ruling at the Sentencing, the Court will order pages 25 through 26 of the Sentencing Transcript to be filed under Restricted Access, with access limited to the Court, counsel of record for Defendant Vincent Tyler Brown, and the United States Attorney only.

**IT IS SO ORDERED.**

Dated:  August 5, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge